**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HEATHER PICQUELLE,

     Plaintiff,                                Case No.: 1:26-cv-06014

v.                                        Judge John J. Tharp, Jr.

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Young B. Kim
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**SUPPLEMENTAL INFORMATION PURSUANT TO MINUTE ENTRY ORDER [12]**

1. **A listing of all prior online trademark/copyright infringement cases (also known as "Schedule A" cases) filed in any court in the United States in which it was a plaintiff:**

    Below is a table of all Schedule A cases Plaintiff has filed:

| Case Number | Case Name | Court |
|---|---|---|
| 23-cv-15057 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
| 23-cv-15082 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
| 23-cv-15085 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
| 23-cv-15105 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
| 23-cv-16271 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
| 23-cv-16275 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
| 23-cv-16329 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
| 23-cv-16331 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
| 23-cv-16336 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
| 23-cv-16340 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |

| 24-cv-00610 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
|---|---|---|
| 24-cv-00611 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
| 24-cv-11042 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
| 24-cv-11044 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
| 25-cv-00261 | Heather Picquelle v. The Partnerships and Unincorporated Associations Identified on Schedule A | N.D. Ill. |
| 25-cv-00995 | Heather Picquelle v. Yingshunyuhongzhuangshizhuangxiu, et al. | W.D. Pa. |

**2. A listing of any of the defendants included in the Schedule A in this case that have previously been defendants in any prior complaint or schedule A filed by the plaintiff:**

There is none.

DATED: June 8, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***