Exhibit 1

# 001 Hamelyn

4/14/26, 12:19 AM Amazon.com: Woman Dresses Elegant Casual Dresses for WomenSleeveless Cool DatingCasual Dress Long Sleeve Casual Dre...

amazon Deliver to O Chicago 60604 | Books | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Health AI | 3 Hour Delivery | Amazon Haul | Medical Care | Home Improvement | Amazon Basics | Amazon Business | Buy Again | Audible | Pet Supplies

books | Shop Books | Categories | New & Trending | Deals | Best Sellers & More | Memberships | More | Your Books

Clothing, Shoes & Jewelry › Novelty & More › Clothing › Novelty



Woman Dresses Elegant Casual Dresses for WomenSleeveless Cool DatingCasual Dress Long Sleeve Casual Dresses Green Paperback

Report an issue with this product or seller

| Publisher | ISBN-10 | ISBN-13 |
|---|---|---|
| Generic | 8495835797 | 978-8495835796 |

See all details

The Amazon Book Review
Book recommendations, author interviews, editors' picks, and more. Read it now.

Paperback
$6.84

Other Used From $6.84

Buy used:
$6.84

$11.99 delivery May 4 - 22. Details

Or fastest delivery April 15 - 17. Details

Deliver to O - Chicago 60604

Used: Very Good | Details
Sold by Hamelyn

Access codes and supplements are not guaranteed with used items.

Only 1 left in stock - order soon.

Add to cart

Add to List

**Product details**

Publisher : Generic
ISBN-10 : 8495835797
ISBN-13 : 978-8495835796

**Videos**

Help others learn more about this product by uploading a video!

Upload your video

4/14/26, 12:20 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard**[redacted]
Use a gift card, voucher, or promo code
Change

Want to save time on your next order and go directly to this step when checking out?
Default to this delivery address and payment method.

Special Offer
O, we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving May 4, 2026 - May 22, 2026**



Woman Dresses Elegant Casual Dresses for WomenSleeveless Cool DatingCasual Dress Long Sleeve Casual Dresses Green
$6.84
Ships from Hamelyn
Sold by Hamelyn

1

Gift options not available

Monday, May 4 - Friday, May 22
$11.99 - Delivery

Wednesday, Apr 15 - Friday, Apr 17
$18.99 - Delivery

Congratulations O, you are eligible for 30 days of Prime for $0!
Try Prime Free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping &
Estimated
Order t

**VA 2-357-138**



# Order Summary

Order placed May 6, 2026 | Order # 113-2628152-6651438

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.84 |
| Shipping & Handling: | $11.99 |
| Total before tax: | $18.83 |
| Estimated tax to be collected: | $0.70 |
| **Grand Total:** | **$19.53** |

## Arriving May 28 - June 17



Woman Dresses Elegant Casual Dresses for WomenSleeveless Cool DatingCasual Dress Long Sleeve Casual Dresses Green

Sold by: Hamelyn

Supplied by: Other

Condition: Used - Very Good

**$6.84**

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 002 yozaogiuder

3/30/26, 5:12 PM Amazon.com: Dreamcatcher Pillow Case - Cool Dreamcatcher Wolf Rectangle Pillowcase 20x36 inch One Side : Home & Kitchen

amazon Deliver to oO Chicago 60604 | Home & Kitchen | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Big Spring Sale | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Books | Music | Audible | Household, Health & Baby Care | Pet Supplies

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop spring shirts, dresses & more

Home & Kitchen › Bedding › Decorative Pillows, Inserts & Covers › Throw Pillow Covers



Click to see full view



Ask Rufus

Is it machine washable? | Does it come with a pillow? | Can you customize the design?

Ask something else

## Dreamcatcher Pillow Case - Cool Dreamcatcher Wolf Rectangle Pillowcase 20x36 inch One Side

Brand: Funny Pillow Case

3.7 ★★★★☆ (10) | Search this page

$4.61

Get $10 off instantly: Pay $0.00 $4.61 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | Funny Pillow Case |
| Material | Cotton, Polyester |
| Size | 20*36 inch |
| Product Dimensions | 36"L x 20"W |
| Color | Multicolor |

### About this item

- High quality pillowcase pillowslips,made of 50% cotton and 50% polyester
- Custom your own pillow case by sending us your pictures/photos,image not small than 1000 pixel
- The pillow cover has an invisible zipper closure. Does not include the pillow core
- Custom designed pillowcase ,add a touch of elegance to your home decor with decorative throw pillows.
- Durable and environmentally friendly Material. Safe to machine wash

› See more product details

Report an issue with this product or seller

Pay-per-visit telehealth
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$4.61 Price history

$4.72 delivery April 7 - 9. Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | yozaogiuder |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to Auto Buy

Add to List

3/30/26, 5:13 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard [redacted]** Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 7, 2026 - Apr 9, 2026**



Dreamcatcher Pillow Case - Cool Dreamcatcher Wolf Rectangle Pillowcase 20x36 inch One Side
$4.61
Ships from yozaogiuder
Sold by yozaogiuder

1

Gift options not available

Tuesday, Apr 7 - Thursday, Apr 9
$4.71 - Delivery

Place your order **Order total: $9.79**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & han
Estimated tax
Order tot

# VA 2-393-505



# Order Summary

Order placed May 7, 2026 | Order # 114-1776674-2211430

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.61 |
| Shipping & Handling: | $4.71 |
| Total before tax: | $9.32 |
| Estimated tax to be collected: | $0.47 |
| **Grand Total:** | **$9.79** |

## Arriving May 14 - May 18



Dreamcatcher Pillow Case - Cool Dreamcatcher Wolf Rectangle Pillowcase 20x36 inch One Side
Sold by: yozaogiuder
Supplied by: Other
**$4.61**

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 003 luvonnel

3/27/26, 5:51 PM Amazon.com: 1000 Pieces Jigsaw Puzzles for Adults Schnauzer Wooden Puzzle Decompression Toys Gift Family Landscape Deco…

amazon Deliver to oO Chicago 60604 | Toys & Games | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Big Spring Sale | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Books | Music | Audible | Pet Supplies | Beauty & Personal Care

Toys & Games | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

Shop now

Sponsored





Click to see full view

## 1000 Pieces Jigsaw Puzzles for Adults Schnauzer Wooden Puzzle Decompression Toys Gift Family Landscape Decoration Challenging Puzzle Game Best Gifts for Dogs Lover

Brand: Girczt
Search this page

$24.18
Price history

Get $10 off instantly: Pay $14.18 ~~$24.18~~ upon approval for the Amazon Store Card. No annual fee.

Size: **1000 PCS**

- Vivid High-Definition Images: This 1000-piece puzzle features stunning high-definition images. Whether it's the delicate texture of natural scenery or the gorgeous colors of art paintings, every detail comes to life, offering you an immersive puzzling experience.
- Premium Durable Material: Crafted from thick and sturdy paper, the puzzle pieces have smooth and neat edges. They are resistant to wear and tear, and the precise cutting ensures a snug fit, allowing you to enjoy the fun of puzzling without any worries.
- Suitable for Ages 18+: With a moderate level of difficulty, it provides just the right amount of challenge to exercise your thinking ability, concentration, and patience, yet it's not overly complex. It's perfect for adults to unwind during their leisure time.
- Great for Social Interaction: It's an ideal choice for friend gatherings and family activities. People can work together to complete the puzzle, enhancing communication and bonding among each other while creating beautiful memories together.
- Elegant Packaging & Attentive After-Sales Service: The puzzle comes in an exquisite gift box, making it suitable for both personal use and gifting. If you encounter any problems during use, we offer attentive after-sales support to ensure your shopping experience is worry-free.

› See more product details

$24.18
$3.98 delivery **April 9 - 20**. Details
**Arrives after Easter.**
Deliver to oO - Chicago 60604
**Only 9 left in stock - order soon.**
Quantity: 1
Add to cart
Buy Now

| | |
|---|---|
| Shipper / Seller | luvonnel |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more
Add to List
Add to Auto Buy

3/27/26, 5:52 PM Place Your Order - Amazon Checkout

amazon **Secure checkout** Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 9, 2026 - Apr 20, 2026**



1000 Pieces Jigsaw Puzzles for Adults Schnauzer Wooden Puzzle Decompression Toys Gift Family Landscape Decoration Challenging Puzzle Game Best Gifts for Dogs Lover
**$24.18**
Ships from luvonnel
Sold by luvonnel
Disclaimers

1
Gift options not available

**Thursday, Apr 9 - Monday, Apr 20**
$3.98 - Delivery

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0!**
Try Prime free

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & han
Estimated tax
**Order tota**

Place your order **Order total: $30.64**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

# VA 2-392-878



# Order Summary

Order placed May 6, 2026 | Order # 113-3236463-7703410

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $24.18 |
| Shipping & Handling: | $3.98 |
| Total before tax: | $28.16 |
| Estimated tax to be collected: | $2.48 |
| **Grand Total:** | **$30.64** |

## Arriving May 18 - May 26



1000 Pieces Jigsaw Puzzles for Adults Schnauzer Wooden Puzzle Decompression Toys Gift Family Landscape Decoration Challenging Puzzle Game Best Gifts for Dogs Lover

Sold by: luvonnel

Supplied by: Other

**$24.18**

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

## 004 chuanyoushanmao

5/7/26, 2:43 PM Amazon.com: Jigsaw Puzzles 1000 Pieces Puzzles for Adults, Puzzle Adult, Unique Difficult and Challenge Large Puzzle Game Gift,...

amazon Deliver to O Chicago 60604 | Toys & Games | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Prime Video | Amazon Basics | Groceries | Buy Again | Keep Shopping For | Today's Deals | Best Sellers

Toys & Games | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

amazon renewed Save on pre-loved cameras

Toys & Games › Puzzles › Jigsaw Puzzles



Click to see full view

Jigsaw Puzzles 1000 Pieces Puzzles for Adults, Puzzle Adult, Unique Difficult and Challenge Large Puzzle Game Gift, Sea, Yacht

Brand: HSTKERR

Search this page

$21.99

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 ~~$21.99~~ upon approval for Amazon Visa.

Color: A26

$21.99 $21.99 $21.99 $21.99

$21.99 $21.99 $21.99 $21.99

1 2 3 4 5 6 7

Size: 1000PCS

- 【COLOUR】The colours are bright;Hard Impossible Puzzles for Adults 1000 Piece,The picture is lively and interesting,and it is pleasant to decompress when assemblin,Back sides of pieces are divided into several areas,which helps to make work easier.

$21.99 Price history

$5.49 delivery May 18 - 28. Details

Deliver to O - Chicago 60604

Only 15 left in stock - order soon.

Quantity: 1

Buy Now

Shipper / Seller: chuanyoushanmao

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to Auto Buy

Add to List

Ask Rufus

5/7/26, 3:06 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days** Try Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime.

**Arriving May 19, 2026 - May 29, 2026**



Jigsaw Puzzles 1000 Pieces Puzzles for Adults, Puzzle Adult, Unique Difficult and Challenge Large Puzzle Game Gift, Sea, Yacht

$21.99

Ships from chuanyoushanmao

Sold by chuanyoushanmao

1

Gift options not available

Tuesday, May 19 - Friday, May 29

$5.49 - Delivery

Order total: $29.73

Congratulations O, you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping
Estimate
Order

**VA 2-357-132**



# Order Summary

Order placed May 7, 2026 | Order # 114-6664312-3690640

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $21.99 |
| Shipping & Handling: | $5.49 |
| Total before tax: | $27.48 |
| Estimated tax to be collected: | $2.25 |
| **Grand Total:** | **$29.73** |

## Arriving May 19 - May 27



Jigsaw Puzzles 1000 Pieces Puzzles for Adults, Puzzle Adult, Unique Difficult and Challenge Large Puzzle Game Gift, Sea, Yacht

Sold by: chuanyoushanmao

Supplied by: Other

$21.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

## 005 huijie888

2/23/26, 7:36 PM Amazon.com: Women's Cute 3D Cat Print Long Sleeve Sweatshirt Novelty Fun Pattern Loose Round Neck Animal Lover Shirt Top ...

amazon Deliver to O Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Home Improvement | Today's Deals | Customer Service | Amazon Home | Keep Shopping For | Buy Again | Audible | Pet Supplies | Amazon Business

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Women › Clothing › Fashion Hoodies & Sweatshirts › Fashion Sweatshirts



Brand: Bechaofu

Women's Cute 3D Cat Print Long Sleeve Sweatshirt Novelty Fun Pattern Loose Round Neck Animal Lover Shirt Top

3.0 ★★★☆☆ (80) | Search this page

$13.77

Price history

FREE Returns

Color: Cat Print 2

$15.77 | See 2 options with no featured offers

Size: XX-Large

Medium | Large | X-Large | XX-Large | 3X-Large

Size Chart

$13.77

FREE delivery March 13 - 27. Details

Deliver to O - Chicago 60604

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: huijie888

Returns: FREE 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

### Product details

**Top highlights**

| | |
|---|---|
| Fabric type | 100% Polyester |
| Care instructions | Machine Wash, Air Dry |
| Origin | Imported |
| Closure type | Pull On |

Ask Rufus

Is the cat print on the front? | Can this be worn in warm weather? | Is it machine washable? | Ask something else

**About this item**

- Quality Craftsmanship: Crafted with attention to detail and quality materials, our sweatshirt ensures durability and a soft, luxurious feel against your skin. Enjoy the longevity of a well-made garment while basking in the comfort it provides.
- Adorable 3D Cat Print: Elevate your style with our Womens Cute 3D Cat Print Long Sleeve Sweatshirt featuring an irresistibly charming cat design. The intricate 3D detailing adds a playful and eye-catching element to your outfit, making it a unique and delightful choice for any casual occasion.
- Round Neck Elegance: The classic round neck design adds a touch of timeless elegance to this sweatshirt. It frames the face beautifully and provides a versatile neckline that can be easily paired with your favorite accessories. From statement necklaces to cozy scarves, this top complements various styles with ease.

See more

2/23/26, 7:37 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard**[redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days** Try Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime.

**Arriving Mar 13, 2026 - Mar 27, 2026**



Women's Cute 3D Cat Print Long Sleeve Sweatshirt Novelty Fun Pattern Loose Round Neck Animal Lover Shirt Top (Cat Print 2,XX-Large)

$13.77

& FREE Returns

Ships from huijie888

Sold by huijie888

1

Gift options not available

Friday, Mar 13 - Friday, Mar 27

FREE Delivery

**Place your order** **Order total: $15.18**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations O, you are eligible for 30 days of Prime for $0!

Fast free delivery, exclusive deals, and more.

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping &

Estimated

Order

**VA 2-357-173**



# Order Summary

Order placed May 6, 2026 | Order # 113-9271563-3724264

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $13.77 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $13.77 |
| Estimated tax to be collected: | $1.41 |
| **Grand Total:** | **$15.18** |

## Arriving May 26 - June 9



Women's Cute 3D Cat Print Long Sleeve Sweatshirt Novelty Fun Pattern Loose Round Neck Animal Lover Shirt Top (Cat Print 2,XX-Large)

Sold by: huijie888

Supplied by: Other

$13.77

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 006 MEDIEVAL HANDICRAFTS STORE

3/30/26, 5:07 PM — Amazon.com: MEDIEVAL HANDICRAFTS STORE A Beautiful Eagle Eagle Hold USA Flag Large Funeral Urn for Your Loved Ones ...

amazon | Deliver to oO Chicago 60604 | Home & Kitchen | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Big Spring Sale | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Books | Music | Audible | Household, Health & Baby Care | Pet Supplies

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | amazon pharmacy

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Urns



Click to see full view



## A Beautiful Eagle Eagle Hold USA Flag Large Funeral Urn for Your Loved Ones Remains with Bag

Brand: MEDIEVAL HANDICRAFTS STORE
Search this page

$89.00

Or $22.48 /2 weeks (x4). Select from 2 plans

Get $10 off instantly: Pay $79.90 ~~$89.90~~ upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | MEDIEVAL HANDICRAFTS STORE |
| Color | Blue |
| Material | Aluminum |
| Product Dimensions | 6"L x 6"W x 10"H |
| Pattern | Eagle Hold USA Flag |

### About this item

- Height 10" (25.5cm), Diameter 6" (15.5cm)
- This urn can hold 200 cubic inches of ashes. Adult weighing approximately 14 stone Urns With Black Velvet Bag
- Pet Lover Memorials Cremation Pet Adult Eagle Hold USA Flag Engraved Memorial Cremate Urn For Human Ashes URN for Ashes
- GIVE YOUR LOVED ONE THE RESPECT THEY DESERVE - When you've lost someone you need a premium quality urn to hold their ashes and act as a fitting tribute to the love you shared. This beautiful Lovely Cremation Urn for Human Ashes cremation urn is handcrafted to give your loved one's remains the superior quality they deserve.
- A PERFECT TRIBUTE AND REMEMBERANCE - These Cremation Urn are as a touching gift for the members of your family who would also like a lasting reminder of your loved one. These Adult urns are meant to be shared amongst family and friends when desired.
- Keep the Memory of Your Loved One: Give your loved one the quality they deserve with our cremation burial urns. It has a funnel for easy pouring and can hold the human ashes of a 200LB person.
- A FITTING TRIBUTE TO YOUR LIFE TOGETHER - This keepsake urns are a fitting memory of the life and love you shared. They also make a touching gift for the members of your family who would also like a lasting reminder of the

$89.90 Price history
FREE delivery April 9 - 13. Details
Deliver to oO - Chicago 60604
In stock
Usually ships within 4 to 5 days.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: MEDIEVAL HANDICRAFTS STORE
Returns: 30-day refund/replacement
Customer service: MEDIEVAL HANDICRAFTS STORE
See more
Add to Auto Buy
Add to List

---

3/30/26, 5:08 PM — Place Your Order - Amazon Checkout

amazon | Secure checkout | Cart

**Delivering to oO** — Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] — Change
Select a payment plan
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Apr 9, 2026 - Apr 13, 2026**



MEDIEVAL HANDICRAFTS STORE A Beautiful Eagle Eagle Hold USA Flag Large Funeral Urn for Your Loved Ones Remains with Bag
$89.90
Ships from MEDIEVAL HANDICRAFTS STORE
Sold by MEDIEVAL HANDICRAFTS STORE
1
Gift options not available

◉ Thursday, Apr 9 - Monday, Apr 13
FREE Delivery

Place your order — **Order total: $99.11**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $89.90 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $9.21 |
| **Order total:** | |

# VA 2-346-054



# Order Summary

Order placed May 6, 2026 | Order # 113-7389543-2336214

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $89.90 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $89.90 |
| Estimated tax to be collected: | $9.21 |
| **Grand Total:** | **$99.11** |

## Arriving May 18 - May 20



MEDIEVAL HANDICRAFTS STORE A Beautiful Eagle Eagle Hold USA Flag Large Funeral Urn for Your Loved Ones Remains with Bag

Sold by: MEDIEVAL HANDICRAFTS STORE

Supplied by: Other

$89.90

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

007 fashionystudio.com

3/31/26, 2:15 PM

Women's Butterfly Floral Print Loose Casual Jumpsuit

Buy $89+ Save 10% Off | Buy $129+ Save 12% Off | Buy $169+ Save 15% Off

Home New Arrivals Women's Dresses Women's Tops Suits & Two Pieces Gorgeous Dresses & Sets Japanese Art More links



Women's Butterfly Floral Print Loose Casual Jumpsuit

$31.04

5% OFF

Buy $89.00 more and save 10% off
Buy $129.00 more and save 12% off
Buy $169.00 more and save 15% off

Color: As Picture

Size: S

S M L XL 2XL 3XL

Quantity

Free shipping $69+
First Order 5% Off at Checkout
7-15 Working days Delivery
Secure payments

Add to cart · $31.04

Buy now

PayPal Pay Later

fashionystudio

Your items are reserved for 04 : 32.5
First Order 5% Off

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | O.o@gmail.com | New Change |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States | |
| Method | Standard Shipping | Change |

Payment method

All transactions are secure and encrypted.

Credit & Debit Card

PayPal Pay by credit card or debit card through PayPal

Women's Butterfly Floral Print Loose Casual Jumpsuit $31.04
Color: As Picture
Size: S

Gift Card / Coupon Code Apply

Subtotal $31.04

Shipping

Total:

VA 2-357-138



**Xi An Hui Xin Gong Chuang Co., Ltd.**
6 April 2026 . Payment

**−$38.03 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *HUIXINGONGCEQMA" on your card statement.

$38.03 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

0LA82623LY276682V

**Seller info**

Xi An Hui Xin Gong Chuang Co., Ltd.
+86 13096951063
**ebuytide@gmail.com**

**Invoice ID**

1410532-fs00004643

**Order summary**

| | |
|---|---|
| Women's Butterfly Floral Print Loose Casual Jumpsuit / As Picture-S<br>Product ID: QF5317-As Picture-S | $31.04 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$38.03 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

008 airpears.com







VA 2-357-138



**佛山市素芳服饰有限公司**
6 April 2026 . Payment

**−$36.97 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *FUSHANSHISUJCKG" on your card statement.

$36.97 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

2Y684207FW6796054

**Seller info**

佛山市素芳服饰有限公司
+86 19129540273
**jimtb514@gmail.com**

**Invoice ID**

16587811986803675055 27

**Order summary**

| | |
|---|---|
| Women's Butterfly Floral Print Loose Casual Jumpsuit / As Picture-S<br>Product ID: AP-As Picture-S-A00161390 | $28.99 USD |
| Shipping | **$7.98 USD** |
| **Total** | **$36.97 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

009 fashionsully.com

3/31/26, 2:39 PM Women's Butterfly Floral Print Loose Casual Jumpsuit – fashionsully

Buy 3 Enjoy Extra 10% Off Now | Code: FS10

Fashionsully

USD

What's New · Women's Clothing · Dresses · Order Tracking



## Women's Butterfly Floral Print Loose Casual Jumpsuit

~~$68.99~~ $38.99 Sale

Shipping calculated at checkout.

Color: As Picture

Size: S

Quantity: 1

ADD TO CART

BUY IT NOW

Fashionsully

Express checkout

PayPal

OR

Contact — Sign in

Email
O.o@gmail.com

Email me with news and offers

Delivery

Country/Region
United States

First name: O
Last name: O

Address
111 W Jackson Blvd

Apartment, suite, etc. (optional)

City: Chicago
State: Illinois
ZIP code: 60604

[redacted]

Save this information for next time

Shipping method

US Shipping $10.00

Payment

All transactions are secure and encrypted.

PayPal

Women's Butterfly Floral Print Loose Casual Jumpsuit $38.99
As Picture / S

Discount code — Apply

| | |
|---|---|
| Subtotal | $38.99 |
| Shipping | $10.00 |
| Total | USD $48.99 |

# VA 2-357-138



**SULLY**
6 April 2026 . Payment

**−$48.99 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *SULLY SGC5N" on your card statement.

$48.99 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4TC03399U39387130

**Seller info**

SULLY
**964365287a@gmail.com**

**Invoice ID**

rbRJOsZHd74QqmbwIRP8R
YPOH

**Order summary**

| | |
|---|---|
| Women's Butterfly Floral Print Loose Casual Jumpsuit - As Picture / S | $38.99 USD |
| Shipping | **$10.00 USD** |
| **Total** | **$48.99 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

010 exxid.com

3/31/26, 1:56 PM

Butterfly Art Painting Print Casual Jumpsuit

Home More links

USD English



Butterfly Art Painting Print Casual Jumpsuit

$32.98

76 people are viewing this right now

Shipping

Color: green

Size: S

S M L XL 2XL 3XL

Quantity

− 1 +

Add to cart · $32.98

Buy now

PayPal Pay Later

Security and Service

Payment Security

Privacy Protection

Efficient and Safe Logistics

Customer Service

You May Also Like

exxid

Express checkout

PayPal

Pay Later

OR

Contact

Already have an account? Login

Shipping address

United States

111 W Jackson Blvd

Chicago

Illinois

60604-3589

[redacted]

Shipping method

Standard Delivery

VIP FAST SHIPPING

Special instruction

Add tip

5% 10% 15% Custom None

Thank you, we appreciate it.

Payment method

Butterfly Art Painting Print Casual Jumpsuit $32.98

Color: green

Size: S

Gift Card / Coupon Code Apply

Subtotal $32.98

Shipping + $5.99

Total USD $38.97

VA 2-357-138



**深圳市天译电子商务有限公司**
6 April 2026 . Payment

**−$38.97 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *TIANYIDIANZVJ7N" on your card statement.

$38.97 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

94A14529UD016111N

**Seller info**

深圳市天译电子商务有限公司
**1517311560@qq.com**

**Invoice ID**

2209977-JGP00000361

**Order summary**

| | |
|---|---|
| Butterfly Art Painting Print Casual Jumpsuit / green-S<br>Product ID: QF5317-green-S | $32.98 USD |
| Shipping | **$5.99 USD** |
| **Total** | **$38.97 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

011 ubuntumini.com

3/31/26, 2:02 PM Women's Butterfly Floral Print Loose Casual Jumpsuit







VA 2-357-138



**深圳市天译电子商务有限公司**
6 April 2026 . Payment

**−$43.98 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *TIANYIDVJ7N" on your card statement.

$43.98 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4M134243GX5565426

**Seller info**

深圳市天译电子商务有限公司
**1517311560@qq.com**

**Invoice ID**

2191361-JGO00005638

**Order summary**

| | |
|---|---|
| Women's Butterfly Floral Print Loose Casual Jumpsuit / As Picture-S<br>Product ID: A003161078--As Picture-S | $40.99 USD |
| TransactionDiscount | **- $3.00 USD** |
| Shipping | **$5.99 USD** |
| **Total** | **$43.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

012 lilicloth.com







VA 2-357-138



**Lilicloth**
6 April 2026 . Payment

**−$32.98 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *LILICLOTH L9HVG" on your card statement.

$32.98 USD

**Ship to**

[redacted]
1111 W 35th St 15th floor
none
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

6JM59349F9389014H

**Seller info**

Lilicloth
**support@lilicloth.com**

**Invoice ID**

2407468424242368922800
-001

**Order summary**

| | |
|---|---|
| Casual Abstract Regular Fit Short Sleeve T-Shirt | $22.99 USD |
| Shipping | **$9.99 USD** |
| **Total** | **$32.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

013 lulavibes.com

3/31/26, 2:21 PM Watercolor Butterfly Art Printed Women's Linen Pocket Tunic Dress

Buy 2 Get 10% OFF | Buy 3 Get 15% OFF | Buy 4 Get 20% OFF | Buy 6 Get 30% OFF

Orders over $85.99 will be delivered to your door for just $4.99.

Home Floral dress Ruffled skirt More links English USD



## Watercolor Butterfly Art Printed Women's Linen Pocket Tunic Dress

Buy 2 get 10% off,Buy 3 get 15% off,Buy 4 get 20% off,Buy 6 get 30% off

$42.99

Color: Green

Green

Size: S

S M L XL 2XL 3XL

Quantity

− 1 +

Add to cart – $42.99

Buy now

Description

Description

**Product Details:**

Product ID:DW0206VAC6

Gender: For Women

Style: Casual

Fit Type:Fit

Shirt Length: Regular

**lulavibes**

Information > Payment

Express checkout

PayPal

Pay Later

OR

**Contact** Already have an account? Login

Email
O.o@gmail.com

Email me with news and offers

**Shipping address**

Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code (optional)
60604-3589

[redacted]

Save this information for next time.

**Shipping method**

Watercolor Butterfly Art Printed Women's Linen Pocket Tunic... $42.99
Color: Green
Size: S

Gift Card / Coupon Code Apply

| | |
|---|---|
| Subtotal | $42.99 |
| Shipping | + $8.99 |
| Insurance fee | + $0.98 |
| Total: | USD $52.96 |

**VA 2-357-138**



**深圳市天译电子商务有限公司**
6 April 2026 . Payment

**−$51.98 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *TIANYIDVJ7N" on your card statement.

$51.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4JK23788KC539130X

**Seller info**

深圳市天译电子商务有限公司
**1517311560@qq.com**

**Invoice ID**

2222455-JER00006993

**Order summary**

| | |
|---|---|
| Watercolor Butterfly Art Printed Women's Linen Pocket Tunic Dress / Green-S<br>Product ID: -Green-S-A0024209 | $42.99 USD |
| Shipping | **$8.99 USD** |
| **Total** | **$51.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

## 014 freemagician.com

3/31/26, 2:27 PM Butterfly Print Pocket Pinafore Linen Dress

Free Shipping Over $79 · Global Shipping · Supports PayPal & Credit Card

Freemagician

English · USD

Home · St. Patrick's Day · Women's Faithwear · Men's Faithwear · Jesus Loves · Breast Cancer Awareness · Christmas · More links





### Butterfly Print Pocket Pinafore Linen Dress

$29.99 ~~$59.99~~

5% OFF Extra GET

20% OFF 2nd item
50% OFF 3rd item
99% OFF 4th item

Color: Green

Green

Size: Green

S · M · L · XL · 2XL · 3XL · 4XL · 5XL

Quantity

− 1 +

Add to cart

Buy now

Free worldwide shipping over $79
Free return and exchange within 30 days
Eco friendly & Sustainability
Secure payments Paypal® & Credit card

Description

Style: Casual
Fit Type: Regular
Shirt length: Regular

### Freemagician

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | O.o@gmail.com | New Change |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States | |
| Method | Standard shipping | Change |

**Add tip**

| 5% $1.50 | 10% $3.00 | 15% $4.50 | Custom | None |
|---|---|---|---|---|

Thank you, we appreciate it

Payment method

All transactions are secure and encrypted

Credit & Debit Card · VISA · +4

PayPal

After clicking "Complete order", you will be redirected to PayPal to complete your purchase securely.



Butterfly Print Pocket Pinafore Linen Dress $29.99
Color: Green
Size: S

Gift Card / Coupon Code · Apply

Subtotal $29.99

Shipping

Total:

**VA 2-357-138**



**Goodsnest**
6 April 2026 . Payment

**−$37.97 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *GOODSNEST GVKSW" on your card statement.

$37.97 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1K539167A1316672K

**Seller info**

Goodsnest
+86 13510230754
**goodsnest@gmail.com**

**Invoice ID**

1614830198680067114056

**Order summary**

| | |
|---|---|
| Butterfly Print Pocket Pinafore Linen Dress / Green-S<br>Product ID: FD1044155-Green-S-A001374667 | $29.99 USD |
| Shipping | **$7.98 USD** |
| **Total** | **$37.97 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

015 paintbynumbershome.com

2/5/26, 2:08 AM

Stunning Cat with Floral Hat – Paint by Numbers Home

Welcome to Our Store. Get 17% Off Today. Use Discount Code: PBN17 →

Home · Custom Paint by Numbers · Collections · Supplies · Tutorials · HELP · Why Us? · Reviews · How We Work · USA Stock - 3-5 Days Shipping





## Stunning Cat with Floral Hat

$24.99 USD

### Create masterpieces with these ultimate paint by numbers kits!

Revel in the joy of painting by numbers with our unique paint by number designs! Painting by numbers is a great way to spend some quality time with your loved ones or allow your creativity to shine through the art. Explore the artist in you with these paint by numbers kits and enjoy:

- Hours of fun and **creativity** making your own art.
- A great resource to explore your artistic abilities in a **fun** way.
- A **relaxing** hobby that makes you feel better mentally AND physically.

**Why Choose Paint by Numbers Home?**

1. We have **1500+ Unique designs** of Paint by Number Kits that no one else has.
2. We give **Guarantee** of our products.
3. Our Products are **High-Quality**.
4. Our **Customer service** is very quick.
5. Our Store has **100% secure checkout**.

Size (inch)

40x50cm

Type

Frameless

Quantity

− 1 +

Add to cart

2/5/26, 2:10 AM

Checkout - Paint by Numbers Home

Paint by Numbers Home

Express checkout

PayPal

OR

Contact · Sign in

Email [redacted]

Email me with news and offers

Delivery

Country/Region: United States

First name: Go · Last name: Doe

Address: 111 W JACKSON BLVD

Apartment, suite, etc. (optional)

City: CHICAGO · State: Illinois · ZIP code: 60604-3589

Phone (optional) [redacted]

Save this information for next time

Shipping method

Free Shipping · FREE

Expedited Shipping (15-25 days during COVID-19 Pandemic) · $6.99

Payment

All transactions are secure and encrypted

PayPal · PayPal

You'll be redirected to PayPal to complete your purchase

Billing address

Stunning Cat with Floral Hat · 40X50cm / Frameless · $24.99

Discount code or gift card · Apply

Subtotal · $24.99

Shipping · FREE

Total

# VA 1-899-016



**30 dollar shop**
6 April 2026 . Payment

**−$24.99 USD**

**Paid with**

[redacted] $24.99 USD
(VISA Prepaid Card
x-[redacted]
You'll see "PAYPAL
*30DOLLARSHO
30D" on your card
statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

0H8156050H89714
3L

**Seller info**

30 dollar shop
**help@allpaintbynumbers.com**

**Invoice ID**

rW8pSMQ0Rws0UI
TylhUgPFykC

**Order summary**

| | |
|---|---|
| Stunning Cat with Floral Hat - 40X50cm / Frameless | $24.99 USD |
| **Total** | **$24.99 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

016 allpaintbynumbers.art







VA 1-899-016



## 30 dollar shop

6 April 2026 . Payment

**−$19.95 USD**

### Paid with

[redacted] $19.95 USD
(VISA Prepaid Card
x-[redacted]
You'll see "PAYPAL
*30DOLLARSHO
30D" on your card
statement.

### Ship to

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

### Shipment details

**Click here to see shipment details**

### Transaction ID

78J55228W457051
4A

### Seller info

30 dollar shop
**help@allpaintbynumbers.com**

### Invoice ID

rIMTj1yC2kLPThOA
hjKNvvKEP

### Order summary

| | |
|---|---|
| Adorable Panda - Paint By Numbers - 40x50cm / 16x20in / Frameless | $19.95 USD |
| **Total** | **$19.95 USD** |

### Need help?

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

# 017 diamondpaintingkits.shop







**VA 1-899-016**



**MAXIMUMPIXEL LDA** **−$16.95 USD**
6 April 2026 . Payment

**Paid with**

[redacted] $16.95 USD
(VISA Prepaid Card
x-[redacted]
You'll see "PAYPAL
*MAXPIXELLDA
MAX" on your card
statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

75998570RG5275146

**Seller info**

MAXIMUMPIXEL LDA
**maximumpixel.pt@gmail.com**

**Invoice ID**

rt0VnsE3gSoFEnlbrAYiSzGm2

**Order summary**

| | |
|---|---|
| 5d Cat Diamond Painting Kit Premium-69 - 25x25CM | $16.95 USD |
| **Total** | **$16.95 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

## 018 wolfantique.com

2/8/26, 10:02 PM Native American Wolf Couple Dreamcatcher 3D All Over Print Hoodie, Native American 3D Hoodie, native indian hoodie, Native All ...

Wolfantique





Native American Wolf Couple Dreamcatcher 3D All Over Print Hoodie And Sweatshirt

$49.95 USD

Style: Hooded Sweatshirt | Sweatshirt | Zip Hooded Sweatshirt

Size: S | M | L | XL | 2XL | 3XL | 4XL | 5XL

Quantity: 1

Add to cart

PayPal

100% Secure Payment

Spend more, save more

| Spend | Get | Code |
| --- | --- | --- |
| Buy 2 | 10% | WOLFANTIQUE10 |

2/8/26, 10:10 PM Checkout - Wolfantique

WOLFANTIQUE

Express checkout

PayPal

OR

**Contact**

Email [redacted]

Email me with news and offers

**Delivery**

Country/Region: United States

First name (optional): Oo

Last name: Ooo

Company (optional)

Address: 111 W JACKSON BLVD

Apartment, suite, etc. (optional)

City: CHICAGO State: Illinois ZIP code: 60604-3580

Phone (optional) [redacted]

Save this information for next time

Text me with news and offers

**Shipping method**

Standard $4.99

US Flat Rate $7.99

**Payment**

All transactions are secure and encrypted.

Credit card

PayPal

Native American Wolf Couple Dreamcatcher 3D All Over Print Hoodie And Sweatshirt $49.95

Discount code Apply

Subtotal $49.95

Shipping

Total

**VA 2-346-712**



**cao hoang thao**
6 April 2026 . Payment

**−$54.94 USD**

**Paid with**

[redacted] $54.94 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *CAOHOANGTHA CAO" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

2EJ08805XU287332D

**Seller info**

cao hoang thao
**support@wolfantique.com**

**Invoice ID**

r7ccIILTh9IgeCKg4EUa5FNqh

**Order summary**

| | |
|---|---|
| Native American Wolf Couple Dreamcatcher 3D All Over Print Hoodie And Sweatshirt - Hooded Sweatshirt / S | $49.95 USD |
| Shipping | **$4.99 USD** |
| **Total** | **$54.94 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

019 nativeheritagestore.com







VA 2-346-712



**Công Ty Cổ Phần Vet Global Brand** **−$82.70 USD**
13 April 2026 . Payment

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *VET GLOBAL VET " on your card statement.

$82.70 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

0XU34129WK614761C

**Seller info**

Công Ty Cổ Phần Vet Global Brand
**vetglobal.paypal@gmail.com**

**Invoice ID**

raIJYXxwYRqVjLKAnVyfsqtOm

**Order summary**

| | |
|---|---|
| Wolf Feather Cloak - Dream Cloak / S | $74.99 USD |
| Shipping | **$6.99 USD** |
| Tax | **$0.72 USD** |
| **Total** | **$82.70 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

# 020 charmingfavor.com

2/5/26, 1:49 PM Wolves HM270872T Bedding Sets – Charming Favor

Charming Favor
HOME DECOR

Home Collections Product Types Contact us About us





Wolves HM270872T Bedding Sets

~~$99.95 USD~~ $69.95 USD Sale

Sale ends in 10h 10m 13s

Size

TWIN FULL QUEEN KING

Quantity

− 1 +

Add to cart

| Size | Duvet Cover | Pillow Case |
|---|---|---|
| Twin | 68" x 86" | 20" x 30" |
| Full | 78" x 86" | 20" x 30" |
| Queen | 88" x 94" | 20" x 30" |
| King | 102" x 94" | 20" x 36" |

**Product Details**

- All of our Bedding Sets are custom-made-to-order to the highest quality standards.
- Features a single-sided full color print on luxurious brushed polyester fabric.
- The set includes two pillowcase covers & one duvet cover in a matching design.
- Comforter, bed sheets and pillow inserts are not included. Constructed with cozy yet lightweight premium materials that are soft to touch.
- Tie-down corners to ensure secure placement of comforter insert.
- Machine-wash safe. Machine-wash on

Checkout - Charming Favor
https://charmingfavor.com/checkouts/cn/hWN8QExGQThMBFIhbWqcRUSy/en-us?_r=AQABb...

Charming Favor
HOME DECOR

PayPal

OR

Contact

Delivery

United States

Chicago

[redacted]

Shipping method

Payment

Credit card

PayPal

Subtotal

Shipping

Total

# VA 2-391-971



**RUGGERING COMPANY LIMITED** **−$79.90 USD**
8 April 2026 . Payment

**Paid with**

[redacted] $79.90 USD
(VISA Prepaid Card
x-[redacted]
You'll see "PAYPAL
*RUGGERING" on
your card
statement.

on 8 April 2026

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

90093646EU36348
0F

**Seller info**

RUGGERING COMPANY LIMITED
**support@charmingtribe.com**

**Invoice ID**

aAzj1yxky7Gnzbtrg
LUHBytkT

**Order summary**

| | |
|---|---|
| Wolves HM270872T Bedding Sets - TWIN | $69.95 USD |
| Shipping | **$9.95 USD** |
| **Total** | **$79.90 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **5 October 2026**. You may be **eligible for purchase protection**

# 021 diamondpaintingpro.com

2/3/26, 10:59 AM Dream Catcher Colorful Butterfly Diamond Art | Full Drill – Diamondpaintingpro

NEW YEAR SALE: Extra 20% off with code 2026

Diamond Painting Pro



## Dream Catcher Colorful Butterfly | Diamond Painting

★★★★★ (13 Reviews)

~~$39.98 USD~~ $19.99 USD You Save 50%!

Tax included. Free shipping.

SIZE - THE LARGER THE BETTER EFFECT

20x25cm(7.9"x9.8") | 40x50cm(15.8"x19.7") | 50x60cm(19.7"x23.6") | 80x100cm(31.5"x39.4")

DIAMOND SHAPE

Square Diamond | Round Diamond

YOU MAY ALSO LOVE

Add Aurora Borealis (+$2.00 USD)

ADD TO CART

- Top-Quality Premium Materials
- Free Worldwide Shipping
- Lifetime Warranty
- Free Diamond Spill Insurance

Diamond Painting Pro

Express checkout

PayPal | G Pay

OR

Contact Sign in

Email
O.o@gmail.com

Email me with news and offers

Delivery

Country/Region
United States

First name (optional)
O

Last name
O

Address
111 W Jackson Blvd

Apartment, suite, etc. (optional)

City
Chicago

State
Illinois

ZIP code
60604

Phone (optional)
[redacted]

Save this information for next time

Shipping method

Free Shipping For All Kits FREE

Dream Catcher Colorful Butterfly | Diamond Painting $19.99
20x25cm(7.9"x9.8") / Square Diamond

Discount code or gift card Apply

Subtotal

Shipping

Total

**VA 2-391-906**



**Diamond Painting Pro**
6 April 2026 . Payment

**−$19.99 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *DIAMONDPAINWF7N" on your card statement.

$19.99 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

00X98207H4287894F

**Seller info**

Diamond Painting Pro
**support@diamondpaintingpro.com**

**Invoice ID**

rCT0hDXUxT2DS01MUnaYH
xtkz

**Order summary**

| | |
|---|---|
| Dream Catcher Colorful Butterfly \| Diamond Painting - 20x25cm(7.9"x9.8") / Square Diamond | $19.99 USD |
| **Total** | **$19.99 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

022 alldiamondpainting.com







VA 2-391-915



**30 dollar shop**
6 April 2026 . Automatic Payment

**−$19.99 USD**

**Paid with**

[redacted] $19.99 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *30DOLLARSHO 30D" on your card statement.

**Ship to**

[redacted]
1111 W 35th St 15th floor
15th floor
Chicago, IL 60609
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4L3741159U889684J

**Seller info**

30 dollar shop
**help@allpaintbynumbers.com**

**Invoice ID**

rBkFtNpLoaXDQ5LzOxFG9Upjs

**Order summary**

| | |
|---|---|
| Rainbow Giraffe & Zebra Diamond Painting - 20X25CM / Square Diamond Drill | $19.99 USD |
| **Total** | **$19.99 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

023 powwow.store







VA 2-345-725



**Best of Native** **−$29.95 USD**
7 April 2026 . Payment

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *BEST NATIVE BES" on your card statement.

$29.95 USD

on 6 April 2026

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

7C336309DU1678427

**Seller info**

Best of Native
**payment@bestofnative.com**

**Invoice ID**

rPuGwj59SqNdUDAJH5vqv
8j3N

**Order summary**

| | |
|---|---|
| Wolf Heart Bandana 3-Pack NEW - Bandana 3-Pack - Wolf Heart Bandana 3-Pack NEW | $29.95 USD |
| **Total** | **$29.95 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **4 October 2026**. You may be **eligible for purchase protection**

024 paintbynumberdeals.com







VA 2-393-537



**CHINATERA LIMITED**
6 April 2026 . Payment

**−$26.88 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL
*CHINATERA CHINA" on
your card statement.

$26.88 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5N155478C50413106

**Seller info**

CHINATERA LIMITED
+86 13724288098
**service@arthool.com**

**Invoice ID**

160541198679057731914

**Order summary**

| | |
|---|---|
| Wolf(40*50cm)-Painting By Numbers<br>Product ID: 872302.03 | $17.99 USD |
| Shipping | **$7.99 USD** |
| Tax | **$0.90 USD** |
| **Total** | **$26.88 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

025 yiefudrs4tmail.com







VA 2-393-505



06 May 2026, 15:59:21

# ORDER DETAILS

back

Order NO.
**GSU1Y622B0018P9** Copy

Date
**MAY 06 2026**

Exchange | Cancel | Track

**Yiefudrs4tmail.Com**

| Products | Quantity | SKU | Amount | Status | Action |
|---|---|---|---|---|---|
|  Running Wolves Holy Animals Tapestry Decoration Wall Hanging Lion Wolf Tiger Pattern Background... Multicolor / 40*30 Local | 1 | SKU: sh2511121112O2019995 | $18.46 ~~$35.30~~ | Processing | |

| | |
|---|---|
| Retail Price: | ~~$35.30~~ |
| Subtotal: | $16.75 |
| Shipping Fee: | $2.99 |
| On-Time Delivery Service: | $0.00 |
| Wallet Credit: | -$5.00 |
| Sales Tax: | $2.02 |
| **Total** | **$16.76** |

**Subscription**

Click "subscribe" to agree promotional messages from SHEIN via Whatsapp! You can unsubscribe at any point. View Privacy Policy for more details.

Subscribe

**Billing Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

Edit

**Shipping Method**

STANDARD SHIPPING

**Delivery: May 13-19**

4-8 business days.90% are ≤ 8 business days

**Payment Method**

Credit/Debit Card

**Seller Information**

Seller Name: yiefudrs4tmail.com

Business Address: Room 201, Entrance to Rongxi Center Parking Lot, No. 713 Ruibao Ruixiao Street, Ruibao Subdistrict, Haizhu District, Guangzhou City, Guangdong Province, China

Business Email Address: f54es63@163.com

The above information is provided by the seller and the English may be automatically translated.

SHEIN does not guarantee the authenticity and accuracy of the information or translations and is intended to be used as a reference for consumers only.

026 ijzozsddol379







VA 2-393-505



06 May 2026, 16:32:52

# ORDER DETAILS

back

Order NO.
**GSU1Y622F0006Q0** Copy

Date
**MAY 06 2026**

Exchange | Cancel | Track

**ljzozsddol379** >

| Products | Quantity | SKU | Amount | Status | Action |
|---|---|---|---|---|---|
|  Running Wolves Holy Animals Decoration Wall Hanging Lion Wolf Tiger Pattern Background Wall Hom... White / 40x30inch Local | 1 | SKU: sh251114850283447754 | $12.86 ~~$24.50~~ | Processing | |

| | |
|---|---|
| Retail Price: | ~~$24.50~~ |
| Subtotal: | $11.66 |
| Shipping Fee: | $2.99 |
| On-Time Delivery Service: | $0.00 |
| Sales Tax: | $1.50 |
| **Total** | **$16.15** |

**Subscription**

Click "subscribe" to agree promotional messages from SHEIN via Whatsapp! You can unsubscribe at any point. View Privacy Policy for more details.

Subscribe

**Billing Information**

[redacted]5
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Information**

[redacted]5
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

Edit

**Shipping Method**

STANDARD SHIPPING

**Delivery: May 13-19**
4-8 business days.90% are ≤ 8 business days

**Payment Method**

Credit/Debit Card

**Seller Information**

Seller Name: ijzozsddol379
Business Address: Room 301, No. 119, Xiacuo Lane, Ji'an Road, Xiangping Street, Tong'an District, Xiamen City, Fujian Province, China
Business Email Address: dwbyaa158@163.com
The above information is provided by the seller and the English may be automatically translated.
SHEIN does not guarantee the authenticity and accuracy of the information or translations and is intended to be used as a reference for consumers only.