**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Heather Picquelle

Plaintiff,

v.

Case No.: 1:26−cv−06014
Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiff's motion for expedited discovery [15] is taken under advisement. By 9/3/26, the plaintiff is required to supplement its motion with proof that sales actually took place in Illinois, including proof that the defendant shipped its products to the state. Records consisting of screenshots of the website of an e−commerce platform, such as Amazon, showing the checkout page with the infringing product, a Chicago shipping address, and the estimated total, is insufficient to show a completed purchase in Illinois. *Liu v. Monthly*, 170 F.4th 1090, 109394 (7th Cir. 2026). The plaintiff must include (1) a certification that the plaintiff has not used any of the screenshot evidence supplied in support of its motion in any prior proceeding, and (2) an index that matches each defendant to the screenshots supplied in support of the motion, lists the dates those screenshots were taken, and identifies, on a defendant−by−defendant basis, the specific copyrights each defendant has allegedly infringed. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.