**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HEATHER PICQUELLE,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-06014

Judge John J. Tharp Jr.

Magistrate Judge Young B. Kim

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL INFORMATION**

Plaintiff, HEATHER PICQUELLE ("Plaintiff"), respectfully moves this Court for an extension of time, until September 10, 2026, to file the supplemental information in support of her Motion as required by this Court's Minute Entry Order [18].

On August 27, 2026, this Court ordered that Plaintiff provide, in part, "proof that the defendant shipped its products to the state." [18]. Beyond the purchase records already in her possession, Plaintiff has begun assembling the shipment and delivery notifications Plaintiff received in connection with each order, whether sent by the e-commerce platform, by the Defendant directly, or the package delivery carrier. However, each Defendant uses a different shipping method, and the confirmations differ in source, format, and timing, which has prolonged Plaintiff's collection efforts. Plaintiff seeks the requested extension so that its supplemental submission is complete and will include each proof of shipment as well as the certification and infringement summary index.

Accordingly, Plaintiff respectfully requests that the Court extend the deadline to supplement its Motion for Expedited Discovery to September 10, 2026.

DATED: September 3, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.