Exhibit 1

**001 Hamelyn**

# Order Summary

Order placed May 6, 2026 | Order # 113-2628152-6651438

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.84 |
| Shipping & Handling: | $11.99 |
| Total before tax: | $18.83 |
| Estimated tax to be collected: | $0.70 |
| **Grand Total:** | **$19.53** |

## Arriving May 28 - June 17



Woman Dresses Elegant Casual Dresses for WomenSleeveless Cool DatingCasual Dress Long Sleeve Casual Dresses Green

Sold by: Hamelyn

Supplied by: Other

Condition: Used - Very Good

**$6.84**

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

amazon prime | Deliver to [redacted] Chicago 60609 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | alexa for shopping | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Buy Again | Home Improvement | Music

Your Account › Your Orders › Order Details

# Order Details

Order placed May 6, 2026 | Order # 113-2628152-6651438

View invoice

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

VISA Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.84 |
| Shipping & Handling: | $11.99 |
| Total before tax: | $18.83 |
| Estimated tax to be collected: | $0.70 |
| **Grand Total:** | **$19.53** |

## Delivered May 20



Woman Dresses Elegant Casual Dresses for WomenSleeveless Cool DatingCasual Dress Long Sleeve Casual Dresses Green

Sold by: Hamelyn

Condition: Used - Very Good

Return or replace items: Eligible through June 27, 2026

$6.84

View your item

Problem with order

Track package

Return or replace items

Share gift receipt

Write a product review

## Buy it again View All & Manage

Page 1 of 25



B BELK Compatible with MacBook Air 13 inch Case M5 2026 2025 2024-…
157
50+ bought in past month
$16.99 ($4.25/count)
prime FREE One-Day Get it **Tomorrow, May 26**
Purchased May 2026




No Kings In America We The People Political Metal Tin Sign Anti Republican 12x8in Metal Signs Anti 8678 Outdoor Indoor…
$10.99
Get it **Jun 5 - 15**
$6.98 shipping
Purchased May 2026




Nothing Else Matters When The Surf's Up Metal Tin Sign Beach Signs Surfboard Decor for Home Club Cafe Garag…
$8.00
Get it **Jun 4 - 11**
$8.99 shipping
Only 10 left in stock - order…
Purchased May 2026



LOMSIOY Vintage Christmas Banner for Indoor, Traditional Vintage Victorian Style…
2
$12.99
Get it **Jun 3 - 11**
$0.99 shipping
Purchased Apr 2026

## Amazon Devices for you

Page 1 of 2

springtracking.com    Contact    Disruptions    My account

Pre-advised
Preparing
Departed
Transit
Arrived
Customs
Processing
Delivered

## Status

LX061463126NL    Destination: UNITED STATES

The item has been delivered successfully
20-05-2026 13:42

**Shipping history**

| | | |
|---|---|---|
| 20-05-2026 13:42 | The item has been delivered successfully | UNITED STATES |
| 20-05-2026 07:30 | The item is out for delivery | UNITED STATES |
| 20-05-2026 07:19 | The item is at the local sorting centre | UNITED STATES |
| 18-05-2026 20:14 | The item has arrived at the domestic sorting centre | UNITED STATES |
| 18-05-2026 11:55 | The item is being processed by customs | UNITED STATES |
| 17-05-2026 11:56 | The item is at customs | UNITED STATES |
| 17-05-2026 11:56 | The item has been processed in the country of destination | UNITED STATES |
| 17-05-2026 11:56 | The item has arrived in the country of destination | UNITED STATES |
| 17-05-2026 11:56 | The consignment has arrived in the country of destination | UNITED STATES |
| 13-05-2026 13:24 | The item is on transport to the country of destination | THE NETHERLANDS |
| 12-05-2026 09:56 | The item is at the PostNL sorting center | THE NETHERLANDS |
| 12-05-2026 09:56 | The item is received by PostNL | THE NETHERLANDS |
| 12-05-2026 09:56 | The item is processed at the PostNL sorting center | THE NETHERLANDS |
| 09-05-2026 07:55 | The item is pre-advised to PostNL | |
| 07-05-2026 07:51 | The Item is at the shippers warehouse | |

## Tracking Numbers

1    LX061463126NL




Spring Global Delivery Solutions
Innovative solution in the E-commerce market
Start shipping! ›

Privacy statement    Cookie statement    Terms and conditions

**002 yozaogiuder**

# Order Summary

Order placed May 7, 2026 | Order # 114-1776674-2211430

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.61 |
| Shipping & Handling: | $4.71 |
| Total before tax: | $9.32 |
| Estimated tax to be collected: | $0.47 |
| **Grand Total:** | **$9.79** |

## Arriving May 14 - May 18



Dreamcatcher Pillow Case - Cool Dreamcatcher Wolf Rectangle Pillowcase 20x36 inch One Side
Sold by: yozaogiuder
Supplied by: Other
**$4.61**

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

**003 luvonnel**

# Order Summary

Order placed May 6, 2026 | Order # 113-3236463-7703410

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $24.18 |
| Shipping & Handling: | $3.98 |
| Total before tax: | $28.16 |
| Estimated tax to be collected: | $2.48 |
| **Grand Total:** | **$30.64** |

## Arriving May 18 - May 26



1000 Pieces Jigsaw Puzzles for Adults Schnauzer Wooden Puzzle Decompression Toys Gift Family Landscape Decoration Challenging Puzzle Game Best Gifts for Dogs Lover

Sold by: luvonnel

Supplied by: Other

$24.18

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

amazon prime | Deliver to [redacted] Chicago 60609 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | alexa for shopping | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Buy Again | Home Improvement | Music

Your Account › Your Orders › Order Details

# Order Details

Order placed May 6, 2026 | Order # 113-3236463-7703410

View invoice

**Ship to**
[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**
VISA Visa ending in [redacted]
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $24.18 |
| Shipping & Handling: | $3.98 |
| Total before tax: | $28.16 |
| Estimated tax to be collected: | $2.48 |
| **Grand Total:** | **$30.64** |

## Arriving by tomorrow



1000 Pieces Jigsaw Puzzles for Adults Schnauzer Wooden Puzzle Decompression Toys Gift Family Landscape Decoration Challenging Puzzle Game Best Gifts for Dogs Lover
Sold by: luvonnel
$24.18
Buy it again

Track package
Return or replace items
Share gift receipt
Write a product review

## Buy it again View All & Manage

Page 1 of 25



B BELK Compatible with MacBook Air 13 inch Case M5 2026 2025 2024-…
157
50+ bought in past month
$16.99 ($4.25/count)
prime FREE One-Day Get it **Tomorrow, May 26**
Purchased May 2026




No Kings In America We The People Political Metal Tin Sign Anti Republican 12x8in Metal Signs Anti 8678 Outdoor Indoor…
$10.99
Get it **Jun 5 - 15**
$6.98 shipping
Purchased May 2026




Nothing Else Matters When The Surf's Up Metal Tin Sign Beach Signs Surfboard Decor for Home Club Cafe Garag…
$8.00
Get it **Jun 4 - 11**
$8.99 shipping
Only 10 left in stock - order…
Purchased May 2026



LOMSIOY Vintage Christmas Banner for Indoor, Traditional Vintage Victorian Style…
2
$12.99
Get it **Jun 3 - 11**
$0.99 shipping
Purchased Apr 2026

## Amazon Devices for you

Page 1 of 2

amazon prime Deliver to Sewickley 15143 All Search Amazon EN Hello, Flordelyn Account & Lists Returns & Orders 0

All alexa for shopping Back to School Today's Deals Coupons Registry Browsing History Kindle Books Books

Your Account › Your Orders › Order Details › Track Package

# Delivery date currently unavailable



We're sorry your delivery is late. We'll notify you if there are any updates. You can also take action below if you'd prefer not to wait.

Problem with order

## Tracking info provided by luvonnel

Shipped with USPS

**Tracking ID: YT2612701600300445**

See all updates

## Address info

Vic Millward
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404

## Order Info

View order details

Sponsored

## Buy it again View All & Manage

Page 1 of 12




12"x8" That's What I Do I Play Golf I Drink Beer and I Know Things Man Poster Tin Metal Sign Wall Art for Home Bathroom Decor
$6^00
Get it Sep 16 - 25
$6.69 shipping




100pcs Space Stickers Pack for Water Bottles, NASA Logo Astronaut…
511
600+ bought in past month
-7% $6^49 ($0.06/count)
List: ~~$6.99~~
Prime Today by 10:00 PM
Purchased Jun 2026



LOMSIOY Vintage Christmas Banner for Indoor, Traditional Vintage Victorian Style…
2
$12^99
Get it Sep 11 - 22
$0.99 shipping
Purchased Apr 2026



LUKUUI Floral Wallpaper Vintage Red Peel and Stick Wallpaper Self Adhesive Removable Wallpaper for Bedroom…
249
-19% $29^99
Typical: ~~$36.99~~
Prime Today by 10:00 PM



Metal Signs Candy Canes Cocoa Shop Sign Metal S Wall Decor F Door Garder
$6^99
Get it Sep 16 -
$5.98 shipping

**ALERT: IMPACTS FROM HURRICANE LOWELL IN HAWAII MAY DELAY FINAL DELIVERY OF ...**

# USPS Tracking®

FAQs >

**Tracking Number:**

## YT2612701600300445

Remove ✕

Copy Add to Informed Delivery

### Tracking Not Available

Tracking is not available for this item. This may be because the tracking number is invalid; USPS has not yet received payment; USPS has not yet received the item; the item does not include tracking; or other reasons.

Track Another Package

Enter tracking or barcode numbers

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**004 chuanyoushanmao**

# Order Summary

Order placed May 7, 2026 | Order # 114-6664312-3690640

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $21.99 |
| Shipping & Handling: | $5.49 |
| Total before tax: | $27.48 |
| Estimated tax to be collected: | $2.25 |
| **Grand Total:** | **$29.73** |

## Arriving May 19 - May 27



Jigsaw Puzzles 1000 Pieces Puzzles for Adults, Puzzle Adult, Unique Difficult and Challenge Large Puzzle Game Gift, Sea, Yacht

Sold by: chuanyoushanmao

Supplied by: Other

$21.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

Your Account › Your Orders › Order Details

# Order Details

Order placed May 7, 2026 | Order # 114-6664312-3690640

View invoice

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

VISA Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $21.99 |
| Shipping & Handling: | $5.49 |
| Total before tax: | $27.48 |
| Estimated tax to be collected: | $2.25 |
| **Grand Total:** | **$29.73** |

## Arriving by Wednesday



Jigsaw Puzzles 1000 Pieces Puzzles for Adults, Puzzle Adult, Unique Difficult and Challenge Large Puzzle Game Gift, Sea, Yacht

Sold by: chuanyoushanmao

$21.99

Buy it again

Track package

Return or replace items

Share gift receipt

Write a product review

## Buy it again View All & Manage

Page 1 of 25



B BELK Compatible with MacBook Air 13 inch Case M5 2026 2025 2024-…
157
50+ bought in past month
$16.99 ($4.25/count)
prime FREE One-Day Get it **Tomorrow, May 26**
Purchased May 2026




No Kings In America We The People Political Metal Tin Sign Anti Republican 12x8in Metal Signs Anti 8678 Outdoor Indoor…
$10.99
Get it **Jun 5 - 15**
$6.98 shipping
Purchased May 2026




Nothing Else Matters When The Surf's Up Metal Tin Sign Beach Signs Surfboard Decor for Home Club Cafe Garag…
$8.00
Get it **Jun 4 - 11**
$8.99 shipping
Only 10 left in stock - order…
Purchased May 2026



LOMSIOY Vintage Christmas Banner for Indoor, Traditional Vintage Victorian Style…
2
$12.99
Get it **Jun 3 - 11**
$0.99 shipping
Purchased Apr 2026

## Amazon Devices for you

Page 1 of 2

amazon prime
Deliver to Sewickley 15143
All | Search Amazon
EN
Hello, Flordelyn
Account & Lists
Returns & Orders
0
All | alexa for shopping | Back to School | Today's Deals | Coupons | Registry | Browsing History | Kindle Books | Books



# Delivery date currently unavailable



We're sorry your delivery is late. We'll notify you if there are any updates. You can also take action below if you'd prefer not to wait.

Problem with order

## Tracking info provided by chuanyoushanmao

Shipped with YunExpress

**Tracking ID: YT2612801600300773**

See all updates

## Address info

Vic Millward
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404

## Order Info

View order details

Sponsored

**Buy it again** View All & Manage

Page 1 of 12




12"x8" That's What I Do I Play Golf I Drink Beer and I Know Things Man Poster Tin Metal Sign Wall Art for Home Bathroom Decor
$6.00
Get it Sep 16 - 25
$6.69 shipping




100pcs Space Stickers Pack for Water Bottles, NASA Logo Astronaut…
511
600+ bought in past month
-7% $6.49 ($0.06/count)
List: ~~$6.99~~
Prime Today by 10:00 PM
Purchased Jun 2026



LOMSIOY Vintage Christmas Banner for Indoor, Traditional Vintage Victorian Style…
2
$12.99
Get it Sep 11 - 22
$0.99 shipping
Purchased Apr 2026



LUKUUI Floral Wallpaper Vintage Red Peel and Stick Wallpaper Self Adhesive Removable Wallpaper for Bedroom…
249
-19% $29.99
Typical: ~~$36.99~~
Prime Today by 10:00 PM



Metal Signs Candy Cane Cocoa Shop Sign Metal S Wall Decor F Door Garden
$6.99
Get it Sep 16 -
$5.98 shipping

YunExpress Feedback Home Parcel Tracking FBA Tracking YTL Tracking Login

| Tracking Number | Last Mile Tracking | Origin→Destination | Delivery Status | Calendar Days (0 d) | Working Days (0 d) |
|---|---|---|---|---|---|
| YT2612801600300773 | 9214490409333713080312 | CN → US | Transit | | |

Copy Tracking History Copy Link

| | |
|---|---|
| Sunday<br>May,24,2026<br>00:01:29 Local time | |
| Wednesday<br>May,13,2026<br>13:21:29 Local time | **Departed Shipping Partner Facility, USPS Awaiting Item**<br>FRANKLIN PARK, IL 60131 |
| Tuesday<br>May,12,2026<br>13:19:29 Local time | **Arrived Shipping Partner Facility, USPS Awaiting Item**<br>FRANKLIN PARK, IL 60131 |
| Sunday<br>May,10,2026<br>13:33:13 Local time | **Departed Shipping Partner Facility, USPS Awaiting Item**<br>FRANKLIN PARK, IL 60131 |
| Saturday<br>May,09,2026<br>13:54:56 Local time | **Arrived Shipping Partner Facility, USPS Awaiting Item**<br>FRANKLIN PARK, IL 60131 |
| Friday<br>May,08,2026<br>13:01:20 Local time | **Picked Up By Shipping Partner, USPS Awaiting Item**<br>FRANKLIN PARK, IL 60131 |
| 10:42:05 Local time | **Shipment information received** |

## Shipment Information

**Order Number**

MGP2605080116898

**Country**

CN → US

## Additional Notes

Last Mile:USPS
Last Mile Website:
https://www.usps.com
Contact Information:1-800-275-8777

**005 huijie888**

# Order Summary

Order placed May 6, 2026 | Order # 113-9271563-3724264

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $13.77 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $13.77 |
| Estimated tax to be collected: | $1.41 |
| **Grand Total:** | **$15.18** |

## Arriving May 26 - June 9



Women's Cute 3D Cat Print Long Sleeve Sweatshirt Novelty Fun Pattern Loose Round Neck Animal Lover Shirt Top (Cat Print 2,XX-Large)

Sold by: huijie888

Supplied by: Other

**$13.77**

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

amazon prime | Deliver to [redacted] Chicago 60609 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | alexa for shopping | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Buy Again | Home Improvement | Music

Your Account › Your Orders › Order Details

# Order Details

Order placed May 6, 2026 | Order # 113-9271563-3724264

View invoice

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

VISA Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $13.77 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $13.77 |
| Estimated tax to be collected: | $1.41 |
| **Grand Total:** | **$15.18** |

## Arriving May 26 - June 9



Women's Cute 3D Cat Print Long Sleeve Sweatshirt Novelty Fun Pattern Loose Round Neck Animal Lover Shirt Top (Cat Print 2,XX-Large)

Sold by: huijie888

$13.77

Buy it again

Track package

Problem with order

Return or replace items

Share gift receipt

Write a product review

## Buy it again View All & Manage

Page 1 of 25



B BELK Compatible with MacBook Air 13 inch Case M5 2026 2025 2024-…
157
50+ bought in past month
$16.99 ($4.25/count)
prime FREE One-Day Get it **Tomorrow, May 26**
Purchased May 2026




No Kings In America We The People Political Metal Tin Sign Anti Republican 12x8in Metal Signs Anti 8678 Outdoor Indoor…
$10.99
Get it **Jun 5 - 15**
$6.98 shipping
Purchased May 2026




Nothing Else Matters When The Surf's Up Metal Tin Sign Beach Signs Surfboard Decor for Home Club Cafe Garag…
$8.00
Get it **Jun 4 - 11**
$8.99 shipping
Only 10 left in stock - order…
Purchased May 2026



LOMSIOY Vintage Christmas Banner for Indoor, Traditional Vintage Victorian Style…
2
$12.99
Get it **Jun 3 - 11**
$0.99 shipping
Purchased Apr 2026

## Amazon Devices for you

Page 1 of 2

amazon prime | Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, Flordelyn Account & Lists | Returns & Orders | 0

All | alexa for shopping | Back to School | Today's Deals | Coupons | Registry | Browsing History | Kindle Books | Books | Customer Service

Your Account › Your Orders › Problem with order

# Problem with order

SELLER
huijie888
View Seller Profile

PRODUCT



**Women's Cute 3D Cat Print Long Sleeve Sweatshirt Novelty Fun Pattern Loose Round Neck Animal Lover Shirt Top (Cat Print 2,XX-Large)**

ORDER PLACED
May 06, 2026
ORDER NUMBER
113-9271563-3724264
EXPECTED BY
May 26, 2026 - Jun 10, 2026

**Package didn't arrive** Change

## Your package was marked as delivered on June 01, 2026.

Most customers find their package within 24 hours. You can check your surrounding area, or with anyone who may have received it on your behalf.

Tracking ID: JCZ0512040168DH

Carrier: JCEX

See all updates | Need more help

**Rate your resolution experience**

☆☆☆☆☆


## Amazon Devices for you

Page 1 of 2




Amazon Fire TV Stick HD (newest model), free & live TV, Alexa Voice…
4,467
10K+ bought in past month
-55% $17.99
Limited time deal
List: ~~$39.99~~
Prime Today by 6:00 PM
1 sustainability feature



Amazon Kindle Paperwhite 16GB (newest model) – 20% faster, with new 7" glare-free displa…
22,630
#1 Best Seller
$219.99
Prime FREE Delivery
1 sustainability feature




Amazon Fire TV Stick 4K Plus (newest model) wi…
113,548
10K+ bought in past month
#1 Best Seller
-43% $39.99
Limited time deal
List: ~~$69.99~~
Prime Today by 6:00 PM
1 sustainability feature




Ring Battery Doorbell 2K (newest model) Retinal…
5,629
10K+ bought in past month
#1 Best Seller
-30% $69.99
Limited time deal
List: ~~$99.99~~
Prime Today by 6:00 PM




Amazon Fire TV Stick 4K Select (newest model), start streaming in 4K, A…
15,416
10K+ bought in past month
-60% $19.99
Limited time deal
List: ~~$49.99~~
Prime Today by 6:00 PM
1 sustainability feature

## Customers who viewed items in your browsing history also viewed

# JCEX

Chinese transport company

www.jcex.com (http://www.jcex.com/)

JCZ0512040168DH

JCZ0512040168DH



Check Status

Shipping Details

Open

Add package title

JCEX

01 Jun 2026 23:25 — Delivered, Left with Individual -> Your item was delivered to an individual at the address at 7:25 pm on June 1, 2026 in CHICAGO, IL 60609.
CHICAGO,IL,US,60609-1404

This is the final status. Carrier doesn't provide further tracking updates.

Is my package stuck in transit? (/en/faq/why-is-my-parcel-stuck-in-transit)

Is my package stuck in customs? (/en/faq/my-package-stuck-in-customs)

JCEX

01 Jun 2026 10:10 — Out for Delivery
CHICAGO,IL,US,60609-1404

JCEX

01 Jun 2026 09:54 — Arrived at Post Office

JCEX

30 May 2026 06:48 — Arrived at USPS Facility

JCEX

30 May 2026 01:38 — Arrived at USPS Facility

JCEX

30 May 2026 00:27 — In Transit to Next Facility

JCEX

29 May 2026 22:59 — Departed USPS Facility

JCEX

29 May 2026 05:02 — Arrived at USPS Facility

JCEX

29 May 2026 05:01 — In Transit to Next Facility

JCEX

28 May 2026 — In Transit to Next Facility

23:36

28 May 2026 19:57 — In Transit to Next Facility — JCEX

28 May 2026 16:00 — Departed USPS Facility — JCEX

28 May 2026 07:29 — Arrived at USPS Facility — JCEX

28 May 2026 06:14 — Accepted at USPS Facility — JCEX

26 May 2026 20:55 — Shipping Label Created — JCEX

19 May 2026 22:53 — Import Released — Chicago,US — JCEX

19 May 2026 02:23 — Under Clearance — Chicago,US — JCEX

18 May 2026 02:27 — The package is undergoing customs clearance — United States — JCEX

17 May 2026 12:49 — Flight Arrived — Chicago,US — JCEX

17 May 2026 12:29 — Flight Departed — shanghai,CN — JCEX

16 May 2026 05:53 — Export Released — SHANGHAI — JCEX

15 May 2026 15:10 — Start Site Transport Shipment — SHANGHAI — JCEX

15 May 2026 07:22 — Shipment Arrived At Distribution Center — SHANGHAI — JCEX

12 May 2026 16:48 — Consignment Received At Transit Point — JCEX

12 May 2026 16:48 — Parcel information received — JCEX

12 May 2026 03:48 — The order information has been sent — JCEX

| | |
|---|---|
| Tracking number | JCZ0512040168DH |
| Origin | China |
| Destination | United States |

| | |
|---|---|
| Found in | JCEX (/en/carriers/jcex) |
| Tracked with couriers | JCEX (/en/carriers/jcex) |
| Shipper HAWB | 126578019-0512114857 |
| Days in transit | 20 |

Tracking link

https://parcelsapp.com/en/tracking/JCZ0512040168DH

*Bookmark this page to track parcels faster!*

Share to WhatsApp (whatsapp://send?text=Tracking JCZ0512040168DH https://parcelsapp.com/en/tracking/JCZ0512040168DH)

Share to Viber (viber://forward?text=Tracking JCZ0512040168DH https://parcelsapp.com/en/tracking/JCZ0512040168DH)

Share to Telegram (http://t.me/share?text=Tracking JCZ0512040168DH&url=https://parcelsapp.com/en/tracking/JCZ0512040168DH)

## Track with official websites

JCEX (https://track.jcex.com/?nums=JCZ0512040168DH)

## JCEX Package Tracking

Jia Cheng International Freight Agent Co.,Ltd is an all-around global logistics company owning 16 direct branches, 9 overseas branches among them. In the meanwhile,there are 4 operational centres, and 6 overseas warehouses. The service coverage has covered more than 200 countries and territories.

Jiacheng International Express Company has more than 300 excellent express staffs and managers. Through 10 years efforts, JCEX have earned our brand of JCEX from an international agent of four greatest express networks. Not only we have our own brand, but also do the export business, people from all over the world can enjoy our excellent service. Currently JCEX which has set up more than 20 international routes with customs declaration, commodity inspection, booking and outstanding logistics companies from the overseas sent to deliver,has been a leader in the industry and fully endorsed by the agents and customers.

### JCEX Package Tracking

Trace and find out final mile tracking number for your package sent with JCEX from China.

Use our simple package tracking tool to thoroughly search your shipment and find it's location and latest status across all possible courier services.

### About JCEX

JCEX is a Chinese logistics and package forwarding company. They focus on cross-border eCommerce operations with over 50 branches in 200 countries.

Parcels is iOS and Android app, which will help you track shipments delivered by JCEX.

Check Delivery ETA
Track Packages
Real Time Tracking
Shipping Details
Open

### Parcels on iPhone and Android

Download Parcels app for iPhone (https://itunes.apple.com/app/id1229071393?mt=8) or Android (https://play.google.com/store/apps/details?id=com.brightstripe.parcels&referrer=utm_source%3Dparcelsapp%26utm_medium%3Dcarrier-page&hl=en) to always know where your packages are, and get Push notifications when package tracking changes.

Download on the App Store
(https://itunes.apple.com/app/id1229071393?mt=8)

GET IT ON Google Play
(https://play.google.com/store/apps/details?id=com.brightstripe.parcels&referrer=utm_source%3Dparcelsapp%26utm_medium%3Dcarrier-page&hl=en)



© 2017-2026 Parcels


Call or Chat With an Expert
Connect One-on-One with an Expert and Get Your in Minutes, .
JustAnswer
Open

# 006 MEDIEVAL HANDICRAFTS STORE

# Order Summary

Order placed May 6, 2026 | Order # 113-7389543-2336214

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $89.90 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $89.90 |
| Estimated tax to be collected: | $9.21 |
| **Grand Total:** | **$99.11** |

## Arriving May 18 - May 20



MEDIEVAL HANDICRAFTS STORE A Beautiful Eagle Eagle Hold USA Flag Large Funeral Urn for Your Loved Ones Remains with Bag

Sold by: MEDIEVAL HANDICRAFTS STORE

Supplied by: Other

$89.90

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

amazon prime | Deliver to [redacted] Chicago 60609 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | alexa for shopping | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Buy Again | Home Improvement | Music

Your Account › Your Orders › Order Details

# Order Details

Order placed May 6, 2026 | Order # 113-7389543-2336214

View invoice

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

VISA Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $89.90 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $89.90 |
| Estimated tax to be collected: | $9.21 |
| **Grand Total:** | **$99.11** |

## Delivered May 18



MEDIEVAL HANDICRAFTS STORE A Beautiful Eagle Eagle Hold USA Flag Large Funeral Urn for Your Loved Ones Remains with Bag

Sold by: MEDIEVAL HANDICRAFTS STORE

Return or replace items: Eligible through June 16, 2026

$89.90

Buy it again | View your item

Problem with order | Track package | Return or replace items | Share gift receipt | Write a product review

## Buy it again View All & Manage

Page 1 of 25



B BELK Compatible with MacBook Air 13 inch Case M5 2026 2025 2024-…
157
50+ bought in past month
$16.99 ($4.25/count)
prime FREE One-Day Get it **Tomorrow, May 26**
Purchased May 2026




No Kings In America We The People Political Metal Tin Sign Anti Republican 12x8in Metal Signs Anti 8678 Outdoor Indoor…
$10.99
Get it **Jun 5 - 15**
$6.98 shipping
Purchased May 2026




Nothing Else Matters When The Surf's Up Metal Tin Sign Beach Signs Surfboard Decor for Home Club Cafe Garag…
$8.00
Get it **Jun 4 - 11**
$8.99 shipping
Only 10 left in stock - order…
Purchased May 2026



LOMSIOY Vintage Christmas Banner for Indoor, Traditional Vintage Victorian Style…
2
$12.99
Get it **Jun 3 - 11**
$0.99 shipping
Purchased Apr 2026

## Amazon Devices for you

Page 1 of 2

IEEPA Tariff Refunds

Find Closest UPS Location

Log In

Shipping

Tracking

Products & Services

The UPS Store

# Tracking Details

Tracking No.

**Delivered**

1ZH40B480405295513

Monday, May 18 Left at the Dock at 4:25 P.M.

**Delivered To**
CHICAGO, IL US

**Received By**
ZIPTO

Show Details

Proof of Delivery

Stay Safe - Avoid Fraud and Scams

Received a text, call, or email that seems suspicious? Don't respond to it.

Tips to Avoid Fraud

## Shipment Details

**Delivered To**
CHICAGO, IL US

**Service**
UPS Worldwide Express Saver™

**Shipment Category**
Package

**Shipped / Billed On**
05/12/2026

Ask UPS

Support

Help and Support Center
Tracking Support
Where's My Package
Shipping Guides and Resources
International Shipping Guides
Communication Preferences

UPS Sites

About UPS
UPS Jobs
UPS Healthcare
UPS Supply Chain Solutions
The UPS Store
UPS Developer Portal

UPS Companies

Happy Returns
Roadie
InsureShield Shipping Insurance®
Parcel Pro®
Delivery Solutions

Connect with Us

Facebook
X
Instagram
LinkedIn
YouTube

Global Home | Protect Against Fraud | Terms and Conditions | Website Terms of Use | Your California Privacy Rights | Privacy Notice | Cookie Settings |

Do Not Sell or Share My Personal Information

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved.

Ask UPS

**007 fashionystudio.com**

**Xi An Hui Xin Gong Chuang Co., Ltd.** **−$38.03 USD**
6 April 2026 . Payment

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted] $38.03 USD
You'll see "PAYPAL *HUIXINGONGCEQMA" on your card statement.

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

0LA82623LY276682V

**Seller info**

Xi An Hui Xin Gong Chuang Co., Ltd.
+86 13096951063
**ebuytide@gmail.com**

**Invoice ID**

1410532-fs00004643

**Order summary**

| | |
|---|---|
| Women's Butterfly Floral Print Loose Casual Jumpsuit / As Picture-S<br>Product ID: QF5317-As Picture-S | $31.04 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$38.03 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**Xi An Hui Xin Gong Chuang Co., Ltd.** **−$38.03 USD**
6 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-0347) $38.03 USD
You'll see "PAYPAL *HUIXINGONGCEQMA" on your card statement.

**Shipped to**

Larry Carter
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Have you received this order?**

SF6047433328105
13 April 2026, Sent by SF_EXPRESS_API
Status: Shipped

**Transaction ID**

0LA82623LY276682V

**Seller info**

Xi An Hui Xin Gong Chuang Co., Ltd.
+86 13096951063
**ebuytide@gmail.com**

**Invoice ID**

1410532-fs00004643

**Order summary**

| | |
|---|---|
| Women's Butterfly Floral Print Loose Casual Jumpsuit / As Picture-S<br>Product ID: QF5317-As Picture-S | $31.04 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$38.03 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

# Global Package Tracking

Track packages from China (/en/carriers/china-post), US Post (/en/carriers/usps), Canada Post (/en/carriers/canada-post), Royal Mail (/en/carriers/royal-mail), Deutsche Post (/en/carriers/deutsche-post), Aliexpress (/en/shops/aliexpress), UPS (/en/carriers/ups), Shein (/en/shops/shein), FedEx (/en/carriers/fedex), Temu (/en/shops/temu), eBay (/en/shops/ebay), Amazon (/en/shops/amazon)

SF6047433328105 TRACK PACKAGE

SF6047433328105

How Parcels finds more tracking events




Download on the App Store (https://itunes.apple.com/app/apple-store/id1229071393?pt=1235501&ct=landing&mt=8)

GET IT ON Google Play (https://play.google.com/store/apps/details?id=com.brightstripe.parcels&referrer=utm_source%3Dparcelsapp%26utm_medium%3Dlanding&hl=en)

Discover more

shipping

Shipping

Source Bulk Packaging

Add package title

- SWIFTX — **26 Apr 2026** 18:26 — Delivered — US, Chicago
- SF-EXPRESS — **26 Apr 2026** 18:26 — Your express has been delivered — Delivery Location
- SWIFTX — **26 Apr 2026** 06:35 — Out for Delivery — US, SCHILLER PARK, ORDC Warehouse
- SF-EXPRESS — **26 Apr 2026** 06:35 — Out for delivery — ORDC Warehouse, Schiller Park, United States
- SWIFTX — **20 Apr 2026** 04:43 — Arrived At Warehouse — US, SCHILLER PARK, ORDC Warehouse
- SF-EXPRESS — **20 Apr 2026** 04:43 — Shipment in transit. Thanks for your waiting — ORDC Warehouse, Schiller Park, United States
- SWIFTX — **19 Apr 2026** 20:51 — In Transit — US, SCHILLER PARK, ORD HUB
- SF-EXPRESS — **19 Apr 2026** 20:51 — Shipment in transit. Thanks for your waiting — ORD HUB, Schiller Park, United States
- SWIFTX — **19 Apr 2026** 17:19 — Shipment Received at Facility — US, SCHILLER PARK, ORD HUB
- SF-EXPRESS — **19 Apr 2026** 17:19 — Shipment in transit. Thanks for your waiting — ORD HUB, Schiller Park, United States
- SF-EXPRESS — **19 Apr 2026** 17:19 — Shipment has arrived at the station and unloading — Chicago, Illinois, United States
- SF-EXPRESS — **18 Apr 2026** 15:51 — Shipment loaded, prepare to send to next station — Us Chicago service station, Chicago, Illinois, United States

| | |
|---|---|
| Tracking number | SF6047433328105 |
| Origin | China |
| Destination | United States |
| Next tracking numbers | SWX657730000047967782 |
| Found in | SwiftX (/en/carriers/swiftx)<br>SF-Express (/en/carriers/sf-express) |
| Tracked with couriers | SF-Express (/en/carriers/sf-express)<br>Cainiao (/en/carriers/cainiao)<br>SwiftX (/en/carriers/swiftx)<br>YSD Post (/en/carriers/ysd-post)<br>DHLink (/en/carriers/dhlink-cn)<br>SunYou - Sytrack (/en/carriers/sytrack) |
| Days in transit | 19 |

Tracking link

https://parcelsapp.com/en/tracking/SF60474333

*Bookmark this page to track parcels faster!*

Share to WhatsApp (whatsapp://send?text=Tracking SF6047433328105 https://parcelsapp.com/en/tracking/SF6047433328105)

Share to Viber (viber://forward?text=Tracking SF6047433328105 https://parcelsapp.com/en/tracking/SF6047433328105)

Share to Telegram (http://t.me/share?text=Tracking SF6047433328105&url=https://parcelsapp.com/en/tracking/SF6047433328105)

Track with official websites

SF Ex (https://htm.sf-express.com/hk/en/dynamic_function/waybill/#search/bill-number/SF6047433328105)

Sv (https://swiftx-express.com/track?trackingNumber=SWX657730000047967782)

| | | |
|---|---|---|
| 18 Apr 2026 10:13 | Shipment has arrived at the station and unloading<br>Us Chicago service station, Chicago, Illinois, United States | SF-EXPRESS |
| 17 Apr 2026 16:44 | Under customs clearance, please wait patiently<br>Us Chicago service station, Chicago, Illinois, United States | SF-EXPRESS |
| 17 Apr 2026 16:07 | Under customs clearance, please wait patiently<br>Us Chicago service station, Chicago, Illinois, United States | SF-EXPRESS |
| 17 Apr 2026 15:41 | Customs clearance completed<br>Us Chicago gateway | SF-EXPRESS |
| 17 Apr 2026 05:57 | Flight arrival scan<br>Us Chicago SF airfreight team,Chicago,Illinois,US | SF-EXPRESS |
| 17 Apr 2026 02:32 | Flight departure scan<br>Ezhou port customs affairs group,Ezhou,Hubei,CN | SF-EXPRESS |
| 16 Apr 2026 13:06 | Shipment loaded, prepare to send to next station<br>Ezhou port customs affairs group,Ezhou,Hubei,CN | SF-EXPRESS |
| 16 Apr 2026 13:06 | Shipment has arrived at the station and unloading<br>Ezhou port customs affairs group,Ezhou,Hubei,CN | SF-EXPRESS |
| 16 Apr 2026 08:52 | Shipment loaded, prepare to send to next station<br>Huangshi,Hubei,CN | SF-EXPRESS |
| 16 Apr 2026 08:51 | Customs clearance completed<br>Huangshi, Hubei, CN | SF-EXPRESS |
| 16 Apr 2026 08:49 | Shipment has arrived at the station and unloading<br>Huangshi,Hubei,CN | SF-EXPRESS |
| 15 Apr 2026 17:21 | Shipment loaded, prepare to send to next station<br>Dongguan International bag operation center,Dongguan,Guangdong,CN | SF-EXPRESS |
| 14 Apr 2026 12:56 | Operation center Weighing<br>Dongguan International bag operation center | SF-EXPRESS |
| 14 Apr 2026 04:09 | Shipment has arrived at the station and unloading<br>Dongguan International bag operation center,Dongguan,Guangdong,CN | SF-EXPRESS |
| 14 Apr 2026 01:19 | Shipment loaded, prepare to send to next station<br>Dongguan dalangzhong transfer,Dongguan,Guangdong,CN | SF-EXPRESS |
| 14 Apr 2026 00:50 | Shipment loaded, prepare to send to next station<br>Dongguan dalangzhong transfer,Dongguan,Guangdong,CN | SF-EXPRESS |
| 14 Apr 2026 00:50 | Shipment has arrived at the station and unloading<br>Dongguan dalangzhong transfer,Dongguan,Guangdong,CN | SF-EXPRESS |
| 14 Apr 2026 00:50 | Shipment has arrived at the station and unloading<br>Dongguan dalangzhong transfer,Dongguan,Guangdong,CN | SF-EXPRESS |
| 13 Apr 2026 23:22 | Shipment loaded, prepare to send to next station<br>Dongguan,Guangdong,CN | SF-EXPRESS |
| 13 Apr 2026 23:22 | Shipment loaded, prepare to send to next station<br>Dongguan,Guangdong,CN | SF-EXPRESS |
| 13 Apr 2026 23:17 | Quick Pickup<br>Dongguan, Guangdong, CN | SF-EXPRESS |
| 13 Apr 2026 21:56 | Shipping Label Created<br>US, SYSTEM, SYSTEM | SWIFTX |
| 07 Apr 2026 16:51 | Order information has been received and ready for pickup<br>CN | SF-EXPRESS |

**008 airpears.com**

**佛山市素芳服饰有限公司**
6 April 2026 . Payment

**−$36.97 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *FUSHANSHISUJCKG" on your card statement.

$36.97 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

2Y684207FW6796054

**Seller info**

佛山市素芳服饰有限公司
+86 19129540273
**jimtb514@gmail.com**

**Invoice ID**

1658781198680367505527

**Order summary**

| | |
|---|---|
| Women's Butterfly Floral Print Loose Casual Jumpsuit / As Picture-S<br>Product ID: AP-As Picture-S-A00161390 | $28.99 USD |
| Shipping | **$7.98 USD** |
| **Total** | **$36.97 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**佛山市素芳服饰有限公司**
6 April 2026 . Payment

**−$36.97 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-0347) $36.97 USD
You'll see "PAYPAL *FUSHANSHISUJCKG" on your card statement.

**Shipped to**

Larry Carter
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Have you received this order?**

UL072004262YP
10 April 2026, Sent by YANWEN
Status: Shipped

**Transaction ID**

2Y684207FW6796054

**Seller info**

佛山市素芳服饰有限公司
+86 19129540273
**jimtb514@gmail.com**

**Invoice ID**

165878119868036750552
7

**Order summary**

| | |
|---|---|
| Women's Butterfly Floral Print Loose Casual Jumpsuit / As Picture-S<br>Product ID: AP-As Picture-S-A00161390 | $28.99 USD |
| Shipping | **$7.98 USD** |
| **Total** | **$36.97 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

(https://www.yw56.com.cn/en/) hotline: **400-108-5656** EN 中

UL072004262YP

Search Results 1 packages

time zone: currentTimeZone standardTimeZone

| | | | | | | | | |

| Tracking Number | Last Mile Tracking | Order Number | Country | Last Event |
|---|---|---|---|---|
| **UL072004262YP** Info_Received (0d) | | OB20260410000266 | US | **2026-04-10 00:34:05 [GMT+08] Order processed by shipper** |

**Pickup** **Departed from origin** **Arrived at destination** **Local carrier on the way** **Delivered successfully**

**2026-04-10**
00:34:05 [GMT+08] Order processed by shipper

**Shipment Information**

**Last Mile Tracking**

**Order Number**

OB20260410000266

**009 fashionsully.com**

**SULLY** **−$48.99 USD**
6 April 2026 . Payment

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted] $48.99 USD
You'll see "PAYPAL *SULLY SGC5N" on your card statement.

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4TC03399U39387130

**Seller info**

SULLY
**964365287a@gmail.com**

**Invoice ID**

rbRJOsZHd74QqmbwIRP8R
YPOH

**Order summary**

| | |
|---|---|
| Women's Butterfly Floral Print Loose Casual Jumpsuit - As Picture / S | $38.99 USD |
| Shipping | **$10.00 USD** |
| **Total** | **$48.99 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**SULLY**
6 April 2026 . Payment

**−$48.99 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-0347) — $48.99 USD
You'll see "PAYPAL *SULLY SGC5N" on your card statement.

**Shipped to**

Larry Carter
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Have you received this order?**

YT2610300710732423
13 April 2026, Sent by YUNEXPRESS
Status: Shipped

**Transaction ID**

4TC03399U39387130

**Seller info**

SULLY
**964365287a@gmail.com**

**Invoice ID**

rbRJOsZHd74QqmbwIRP
8RYPOH

**Order summary**

| | |
|---|---|
| Women's Butterfly Floral Print Loose Casual Jumpsuit - As Picture / S | $38.99 USD |
| Shipping | **$10.00 USD** |
| **Total** | **$48.99 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

YunExpress Feedback Home Parcel Tracking FBA Tracking YTL Tracking Login

All(1) Processing(0) Transit(0) Delivered(1) Not Found(0) Alert(0) Returned(0) Copy & Export

YT2610300710732423 Delivered UDS1380046421 XMCSFY011634 2026-04-20 15:52:58 delivered----CHICAGO, IL
CN → US (6d / 4d)

## Delivered successfully

Calendar Days: 6d / Working Days: 4d Copy Tracking History Copy Link

Pickup — Departed from origin — Arrived at destination — Local carrier on the way — Delivered successfully

Monday
**April,20,2026**

15:52:58 Local time — **delivered**
CHICAGO, IL

09:06:28 Local time — **out for delivery**
CHICAGO, IL

Sunday
**April,19,2026**

20:35:32 Local time — **received**
LOMBARD, IL

20:34:29 Local time — **received**
LOMBARD, IL

14:56:00 Local time — **Delivered to local carrier**

Friday
**April,17,2026**

23:18:00 Local time — **Clearance processing completed - Import**

22:56:00 Local time — **Collected at Cargo Terminal**
CHICAGO, ILLINOIS, US

22:25:00 Local time — **Start Customs Clearence**
CHICAGO, ILLINOIS, US

13:59:00 Local time — **International flight has arrived**
US

08:51:00 Local time — **International flight has departed**

06:57:00 Local time — **The country of origin commences customs declaration.**

### Shipment Information

**Order Number**
XMCSFY011634

**Country**
CN → US

### POD

View POD

### Additional Notes

Last Mile: United Delivery Service
Last Mile Website:
https://www.uniteddeliveryservice.com/


SDX

**010 exxid.com**

**深圳市天泽电子商务有限公司**
6 April 2026 . Payment

**−$38.97 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *TIANYIDIANZVJ7N" on your card statement.

$38.97 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

94A14529UD016111N

**Seller info**

深圳市天泽电子商务有限公司
**1517311560@qq.com**

**Invoice ID**

2209977-JGP00000361

**Order summary**

| | |
|---|---|
| Butterfly Art Painting Print Casual Jumpsuit / green-S<br>Product ID: QF5317-green-S | $32.98 USD |
| Shipping | **$5.99 USD** |
| **Total** | **$38.97 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**深圳市天译电子商务有限公司**
6 April 2026 . Payment

**−$38.97 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-0347)
You'll see "PAYPAL *TIANYIDIANZVJ7N" on your card statement.

$38.97 USD

**Shipped to**

Larry Carter
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

Click here to see shipment details

**Have you received this order?**

9202060490205045101459
17 April 2026, Sent by USPS
Status: Shipped

**Transaction ID**

94A14529UD016111N

**Seller info**

深圳市天译电子商务有限公司
**1517311560@qq.com**

**Invoice ID**

2209977-JGP00000361

**Order summary**

| | |
|---|---|
| Butterfly Art Painting Print Casual Jumpsuit / green-S<br>Product ID: QF5317-green-S | $32.98 USD |
| Shipping | **$5.99 USD** |
| **Total** | **$38.97 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**ALERT: IMPACTS FROM HURRICANE LOWELL IN HAWAII MAY DELAY FINAL DELIVERY OF ...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9202060490205045101459**

Copy Add to Informed Delivery

## Tracking Not Available

Tracking is not available for this item. This may be because the tracking number is invalid; USPS has not yet received payment; USPS has not yet received the item; the item does not include tracking; or other reasons.

Feedback

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**011 ubuntumini.com**

**深圳市天译电子商务有限公司**
6 April 2026 . Payment

**−$43.98 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *TIANYIDVJ7N" on your card statement.

$43.98 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4M134243GX5565426

**Seller info**

深圳市天译电子商务有限公司
**1517311560@qq.com**

**Invoice ID**

2191361-JGO00005638

**Order summary**

| | |
|---|---|
| Women's Butterfly Floral Print Loose Casual Jumpsuit / As Picture-S<br>Product ID: A003161078--As Picture-S | $40.99 USD |
| TransactionDiscount | **- $3.00 USD** |
| Shipping | **$5.99 USD** |
| **Total** | **$43.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**深圳市天译电子商务有限公司**
6 April 2026 . Payment

**-$43.98 USD**

**Paid with**

Wise Card $43.98 USD
(VISA Prepaid Card x-0347)
You'll see "PAYPAL *TIANYIDVJ7N" on your card statement.

**Shipped to**

Larry Carter
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Click here to see shipment information**

**Shipment details**

**Click here to see shipment details**

**Shipment details**

**Click here to see shipment details**

**Have you received this order?**

4PX3002659304536CN
15 April 2026, Sent by FOUR_PX_EXPRESS
Status: Shipped

**Have you received this order?**

4PX3002659304536CN
15 April 2026, Sent by FOUR_PX_EXPRESS
Status: Shipped

**Transaction ID**

4M134243GX5565426

**Seller info**

深圳市天译电子商务有限公司
**1517311560@qq.com**

**Invoice ID**

2191361-JGO00005638

**Order summary**

| | |
|---|---|
| Women's Butterfly Floral Print Loose Casual Jumpsuit / As Picture-S<br>Product ID: A003161078--As Picture-S | $40.99 USD |
| TransactionDiscount | **- $3.00 USD** |
| Shipping | **$5.99 USD** |
| **Total** | **$43.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

4PX Global Order Tracking

4PX3002659304536CN 1/100

English Login

All (1) receive forecast (0) In Transit (0)
Successful delivery (1) Arrived for Pickup (0)
Exception (0) Suspected return (0)
Trajectory stalled (0) No Data Found (0)

Total 1 items

**4PX3002659304536CN** Successful delivery
**China - America**
US 60609-1404 / Parcel has been delivered.(other secured locations)
2026-04-22 01:33

# 4PX3002659304536CN

Successful delivery (Already on the way 6 Day(s))

4PX Order No.: 4PX3002659304536CN Tracking No.: YWORD010166234912 Service provider information:
Click to view

America

China

| | |
|---|---|
| 2026-04-22 08:33:36 UTC-05:00 | US 60609-1404 / Parcel has been delivered.(other secured locations) |
| 2026-04-22 06:27:15 UTC-05:00 | US 60609-1404 / Parcel is out for delivery. |
| 2026-04-21 09:59:23 UTC-05:00 | US 60131 / Parcel received by local facility. |
| 2026-04-21 09:59:18 UTC-05:00 | US 60131 / Parcel received by in ord01. |
| 2026-04-20 17:59:13 UTC-05:00 | In transit, it's progressing through post network |
| 2026-04-20 14:37:54 UTC-05:00 | Customs clearance agent received the shipment in destnation country. |
| 2026-04-20 12:51:50 UTC-05:00 | Customs clearance agent received the shipment in destnation country. |
| 2026-04-19 12:04:00 UTC-05:00 | Arrival to the destination airport |
| 2026-04-19 05:58:00 UTC+08:00 | Departure from the original airport |
| 2026-04-18 18:21:00 UTC-05:00 | Released from customs: customs cleared. |
| 2026-04-18 18:20:34 UTC+08:00 | Hand over to airline. |
| 2026-04-16 04:39:59 UTC+08:00 | Nancheng / Depart from facility to service provider. |
| 2026-04-16 02:04:46 UTC+08:00 | Nancheng / Shipment arrived at facility and measured. |
| 2026-04-16 01:55:13 UTC+08:00 | Nancheng / Shipment arrived at facility and measured. |
| 2026-04-16 01:55:12 UTC+08:00 | Nancheng / Shipment picked up. |
| 2026-04-15 12:55:16 UTC-05:00 | US 60131 / Shipping order created. |
| 2026-04-15 11:08:48 UTC+08:00 | Parcel information received |




Share Copy Details

**012 lilicloth.com**

**Lilicloth**
6 April 2026 . Payment

**−$32.98 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *LILICLOTH L9HVG" on your card statement.

$32.98 USD

**Ship to**

[redacted]
1111 W 35th St 15th floor
none
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

6JM59349F9389014H

**Seller info**

Lilicloth
**support@lilicloth.com**

**Invoice ID**

2407468424242368922800
-001

**Order summary**

| | |
|---|---|
| Casual Abstract Regular Fit Short Sleeve T-Shirt | $22.99 USD |
| Shipping | **$9.99 USD** |
| **Total** | **$32.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**Lilicloth**
6 April 2026 . Payment

**−$32.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-0347)
You'll see "PAYPAL
*LILICLOTH L9HVG" on
your card statement.

$32.98 USD

**Shipped to**

Larry Carter
1111 W 35th St 15th floor
none
Chicago, IL 60609-1404
United States

**Click here to see shipment information**

**Shipment details**

**Click here to see shipment details**

**Shipment details**

**Click here to see shipment details**

**Have you received this order?**

SWX891320000060086723
7 May 2026, Sent by MANUAL
Status: Shipped

**Have you received this order?**

XYYEX0039393849YQ
27 May 2026, Sent by MANUAL
Status: Shipped

**Transaction ID**

6JM59349F9389014H

**Seller info**

Lilicloth
**support@lilicloth.com**

**Invoice ID**

2407468424242368922800
-001

**Order summary**

| | |
|---|---|
| Casual Abstract Regular Fit Short Sleeve T-Shirt | $22.99 USD |
| Shipping | **$9.99 USD** |
| **Total** | **$32.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

# Track Your Package

Enter your tracking number to get real-time updates on your shipment

Please enter your tracking number(s) (one per line)

SWX891320000060086723

TRACK

## Package Tracking Details

Real-time tracking information for your shipment

Delivered

Tracking Number
SWX891320000060086723

Current Location
Delivery Location, Chicago, IL, [US]

Delivery Date
2026-05-20

Status
Delivered

Unsubscribe SMS Notifications

### Tracking History

Delivered View Proof of Delivery
Delivery Location, Chicago, IL, [US] 2026-05-20 16:34:35 (GMT-05:00)

Out for Delivery
ORDC Warehouse, SCHILLER PARK, IL, 60176, [US] 2026-05-20 06:11:15 (GMT-05:00)

Delivery failed
Delivery Location, Chicago, IL, 60609, [US] 2026-05-16 07:42:48 (GMT-05:00)
Note: Delivery address could not be located. Please verify and provide correct address information. For assistance, Contact SwiftX at **+1 909-268-7835** or **cs@swiftx-express.com**

Out for Delivery
ORDC Warehouse, SCHILLER PARK, IL, 60176, [US] 2026-05-16 06:03:48 (GMT-05:00)

Arrived At Warehouse
ORDC Warehouse, SCHILLER PARK, IL, 60176, [US] 2026-05-16 04:40:33 (GMT-05:00)

Departed Destination Hub
ORD HUB, SCHILLER PARK, IL, 60176, [US] 2026-05-15 21:21:52 (GMT-05:00)

In Transit
ORD HUB, SCHILLER PARK, IL, 60176, [US] 2026-05-15 21:21:52 (GMT-05:00)

Arrived at Origin Hub
ORD HUB, SCHILLER PARK, IL, 60176, [US] 2026-05-15 16:38:13 (GMT-05:00)

Shipping Label Created
SYSTEM, SYSTEM, [US] 2026-05-06 02:54:01 (GMT-07:00)

**013 lulavibes.com**

**深圳市天译电子商务有限公司**
6 April 2026 . Payment

**−$51.98 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *TIANYIDVJ7N" on your card statement.

$51.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

Click here to see shipment details

**Transaction ID**

4JK23788KC539130X

**Seller info**

深圳市天译电子商务有限公司
1517311560@qq.com

**Invoice ID**

2222455-JER00006993

**Order summary**

| | |
|---|---|
| Watercolor Butterfly Art Printed Women's Linen Pocket Tunic Dress / Green-S<br>Product ID: -Green-S-A0024209 | $42.99 USD |
| Shipping | **$8.99 USD** |
| **Total** | **$51.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be eligible for purchase protection

**深圳市天译电子商务有限公司**
6 April 2026 . Payment

**−$51.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-0347)
You'll see "PAYPAL *TIANYIDVJ7N" on your card statement.

$51.98 USD

**Shipped to**

Larry Carter
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Click here to see shipment information**

**Shipment details**

**Click here to see shipment details**

**Shipment details**

**Click here to see shipment details**

**Have you received this order?**

4PX3002663063184CN
16 April 2026, Sent by FOUR_PX_EXPRESS
Status: Shipped

**Have you received this order?**

4PX3002663063184CN
16 April 2026, Sent by FOUR_PX_EXPRESS
Status: Shipped

**Transaction ID**

4JK23788KC539130X

**Seller info**

深圳市天译电子商务有限公司
**1517311560@qq.com**

**Invoice ID**

2222455-JER00006993

**Order summary**

| | |
|---|---|
| Watercolor Butterfly Art Printed Women's Linen Pocket Tunic Dress / Green-S<br>Product ID: -Green-S-A0024209 | $42.99 USD |
| Shipping | **$8.99 USD** |
| **Total** | **$51.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

4PX Global Order Tracking

4PX3002663063184CN 1/100

English ? Login

All (1) receive forecast (0) In Transit (0)
Successful delivery (1) Arrived for Pickup (0)
Exception (0) Suspected return (0)
Trajectory stalled (0) No Data Found (0)

Total 1 items

**4PX3002663063184CN** Successful delivery
**China - America**
US 60609-1404 / Parcel has been delivered.(personally accepted)
2026-04-24 07:55

# 4PX3002663063184CN

Successful delivery (Already on the way 7 Day(s))

4PX Order No.: 4PX3002663063184CN Tracking No.: YWORD010166543748 Service provider information: Click to view

America

China

| | |
|---|---|
| 2026-04-24 14:55:05 UTC-05:00 | US 60609-1404 / Parcel has been delivered.(personally accepted) |
| 2026-04-24 09:48:33 UTC-05:00 | US 60609-1404 / Parcel is out for delivery. |
| 2026-04-23 18:12:04 UTC-05:00 | US 60131 / Parcel received by local facility. |
| 2026-04-23 18:11:59 UTC-05:00 | US 60131 / Parcel received by in ord01. |
| 2026-04-22 18:14:43 UTC-05:00 | In transit, it's progressing through post network |
| 2026-04-22 09:15:07 UTC-05:00 | Customs clearance agent received the shipment in destnation country. |
| 2026-04-22 08:52:09 UTC-05:00 | Customs clearance agent received the shipment in destnation country. |
| 2026-04-21 11:00:00 UTC-05:00 | Released from customs: customs cleared. |
| 2026-04-20 15:02:00 UTC-05:00 | Arrival to the destination airport |
| 2026-04-19 15:58:00 UTC+08:00 | Departure from the original airport |
| 2026-04-18 18:18:23 UTC+08:00 | Hand over to airline. |
| 2026-04-17 02:11:09 UTC+08:00 | Nancheng / Depart from facility to service provider. |
| 2026-04-17 00:19:20 UTC+08:00 | Nancheng / Shipment arrived at facility and measured. |
| 2026-04-17 00:15:36 UTC+08:00 | Nancheng / Shipment arrived at facility and measured. |
| 2026-04-17 00:15:35 UTC+08:00 | Nancheng / Shipment picked up. |
| 2026-04-16 14:02:15 UTC+08:00 | Parcel information received |




Share Copy Details

**014 freemagician.com**

**Goodsnest**
6 April 2026 . Payment

**−$37.97 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *GOODSNEST GVKSW" on your card statement.

$37.97 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1K539167A1316672K

**Seller info**

Goodsnest
+86 13510230754
**goodsnest@gmail.com**

**Invoice ID**

1614830198680067114056

**Order summary**

| | |
|---|---|
| Butterfly Print Pocket Pinafore Linen Dress / Green-S<br>Product ID: FD1044155-Green-S-A001374667 | $29.99 USD |
| Shipping | **$7.98 USD** |
| **Total** | **$37.97 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**Goodsnest**
6 April 2026 . Payment

**−$37.97 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-0347)
You'll see "PAYPAL *GOODSNEST GVKSW" on your card statement.

$37.97 USD

**Shipped to**

Larry Carter
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

Click here to see shipment details

**Have you received this order?**

UL072002292YP
10 April 2026, Sent by YANWEN
Status: Shipped

**Transaction ID**

1K539167A1316672K

**Seller info**

Goodsnest
+86 13510230754
goodsnest@gmail.com

**Invoice ID**

1614830198680067114056

**Order summary**

| | |
|---|---|
| Butterfly Print Pocket Pinafore Linen Dress / Green-S<br>Product ID: FD1044155-Green-S-A001374667 | $29.99 USD |
| Shipping | **$7.98 USD** |
| **Total** | **$37.97 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be eligible for purchase protection

(https://www.yw56.com.cn/en/) hotline: **400-108-5656** EN 中

UL072002292YP

Search Results 1 packages

time zone: currentTimeZone standardTimeZone

| Tracking Number | Last Mile Tracking | Order Number | Country | Last Event |
|---|---|---|---|---|
| **UL072002292YP** Info_Received (0d) | | OB20260410000263 | US | **2026-04-10 00:32:05 [GMT+08] Order processed by shipper** |

**Pickup** **Departed from origin** **Arrived at destination** **Local carrier on the way** **Delivered successfully**

**2026-04-10**
00:32:05 [GMT+08] Order processed by shipper

**Shipment Information**

**Last Mile Tracking**

**Order Number**
OB20260410000263

**015 paintbynumbershome.com**

**30 dollar shop** **−$24.99 USD**

6 April 2026 . Payment

**Paid with**

[redacted] $24.99 USD
(VISA Prepaid Card
x-[redacted]
You'll see "PAYPAL *30DOLLARSHO 30D" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

0H8156050H89714
3L

**Seller info**

30 dollar shop
**help@allpaintbynumbers.com**

**Invoice ID**

rW8pSMQ0Rws0UI
TylhUgPFykC

**Order summary**

Stunning Cat with Floral Hat - 40X50cm / Frameless $24.99 USD

**Total** **$24.99 USD**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**016 allpaintbynumbers.art**

**30 dollar shop**
6 April 2026 . Payment

**−$19.95 USD**

**Paid with**

[redacted] $19.95 USD
(VISA Prepaid Card
x-[redacted]
You'll see "PAYPAL
*30DOLLARSHO
30D" on your card
statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

78J55228W457051
4A

**Seller info**

30 dollar shop
**help@allpaintbynumbers.com**

**Invoice ID**

rIMTj1yC2kLPThOA
hjKNvvKEP

**Order summary**

| | |
|---|---|
| Adorable Panda - Paint By Numbers - 40x50cm / 16x20in / Frameless | $19.95 USD |
| **Total** | **$19.95 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**017 diamondpaintingkits.shop**

**MAXIMUMPIXEL LDA** **−$16.95 USD**
6 April 2026 . Payment

**Paid with**

[redacted] $16.95 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *MAXPIXELLDA MAX" on your card statement.

**Seller info**

MAXIMUMPIXEL LDA
**maximumpixel.pt@gmail.com**

**Invoice ID**

rt0VnsE3gSoFEnlbr
AYiSzGm2

**Order summary**

| | |
|---|---|
| 5d Cat Diamond Painting Kit Premium-69 - 25x25CM | $16.95 USD |
| **Total** | **$16.95 USD** |

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

75998570RG527514
6

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**018 wolfantique.com**

**cao hoang thao**
6 April 2026 . Payment

**−$54.94 USD**

**Paid with**

[redacted] $54.94 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *CAOHOANGTHA CAO" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

2EJ08805XU287332D

**Seller info**

cao hoang thao
**support@wolfantique.com**

**Invoice ID**

r7ccIILTh9IgeCKg4EUa5FNqh

**Order summary**

| | |
|---|---|
| Native American Wolf Couple Dreamcatcher 3D All Over Print Hoodie And Sweatshirt - Hooded Sweatshirt / S | $49.95 USD |
| Shipping | **$4.99 USD** |
| **Total** | **$54.94 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**019 nativeheritagestore.com**

**Công Ty Cổ Phần Vet Global Brand** **−$82.70 USD**
13 April 2026 . Payment

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *VET GLOBAL VET " on your card statement.

$82.70 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

0XU34129WK614761C

**Seller info**

Công Ty Cổ Phần Vet Global Brand
**vetglobal.paypal@gmail.com**

**Invoice ID**

ralJYXxwYRqVjLKAnVyfsqtO
m

**Order summary**

| | |
|---|---|
| Wolf Feather Cloak - Dream Cloak / S | $74.99 USD |
| Shipping | **$6.99 USD** |
| Tax | **$0.72 USD** |
| **Total** | **$82.70 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

**Công Ty Cổ Phần Vet Global Brand** −$82.70 USD

13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-0347) $82.70 USD

You'll see "PAYPAL *VET GLOBAL VET " on your card statement.

**Shipped to**

Larry Carter
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

Click here to see shipment details

**Have you received this order?**

YT2610500701096973
18 April 2026, Sent by YUNEXPRESS
Status: Shipped

**Transaction ID**

0XU34129WK614761C

**Seller info**

Công Ty Cổ Phần Vet Global Brand
vetglobal.paypal@gmail.com

**Invoice ID**

raIJYXxwYRqVjLKAnVyfsqtOm

**Order summary**

| | |
|---|---|
| Wolf Feather Cloak - Dream Cloak / S | $74.99 USD |
| Shipping | **$6.99 USD** |
| Tax | **$0.72 USD** |
| **Total** | **$82.70 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

YunExpress Feedback Home Parcel Tracking FBA Tracking YTL Tracking Login

All(1) Processing(0) Transit(0) Delivered(1) Not Found(0) Alert(0) Returned(0) Copy & Export

| | | | | |
|---|---|---|---|---|
| YT2610500701096973<br>CN → US (4.8d / 2.8d) | Delivered | UDS1381299641 | KXCK317302 | 2026-04-22 12:27:43 delivered----CHICAGO, IL |

## Delivered successfully

Calendar Days: 4.8d / Working Days: 2.8d Copy Tracking History Copy Link

Pickup — Departed from origin — Arrived at destination — Local carrier on the way — Delivered successfully

Wednesday
**April,22,2026**
12:27:43 Local time — **delivered** CHICAGO, IL
07:55:35 Local time — **out for delivery** CHICAGO, IL
00:42:27 Local time — **received** LOMBARD, IL

Tuesday
**April,21,2026**
20:44:32 Local time — **received** LOMBARD, IL
20:43:22 Local time — **received** LOMBARD, IL
15:26:00 Local time — **Delivered to local carrier**

Monday
**April,20,2026**
15:43:00 Local time — **Clearance processing completed - Import**
14:49:00 Local time — **Start Customs Clearence** CHICAGO, ILLINOIS, US
14:40:00 Local time — **Collected at Cargo Terminal** CHICAGO, ILLINOIS, US
13:11:00 Local time — **International flight has arrived** US

### Shipment Information

**Order Number**
KXCK317302

**Country**
CN → US

### POD

View POD

### Additional Notes

Last Mile: United Delivery Service
Last Mile Website: https://www.uniteddeliveryservice.com/



**020 charmingfavor.com**

**RUGGERING COMPANY LIMITED** **−$79.90 USD**

8 April 2026 . Payment

**Paid with**

[redacted] $79.90 USD

(VISA Prepaid Card x-[redacted]

You'll see "PAYPAL *RUGGERING" on your card statement.

on 8 April 2026

**Ship to**

[redacted]

1111 W 35th St

15th floor

Chicago, IL 60609-1404

United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

90093646EU36348 0F

**Seller info**

RUGGERING COMPANY LIMITED

**support@charmingtribe.com**

**Invoice ID**

aAzj1yxky7Gnzbtrg LUHBytkT

**Order summary**

| | |
|---|---|
| Wolves HM270872T Bedding Sets - TWIN | $69.95 USD |
| Shipping | **$9.95 USD** |
| **Total** | **$79.90 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **5 October 2026**. You may be **eligible for purchase protection**

**021 diamondpaintingpro.com**

**Diamond Painting Pro**
6 April 2026 . Payment

**−$19.99 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *DIAMONDPAINWF7N" on your card statement.

$19.99 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

00X98207H4287894F

**Seller info**

Diamond Painting Pro
**support@diamondpaintingpro.com**

**Invoice ID**

rCT0hDXUxT2DS01MUnaYH
xtkz

**Order summary**

| | |
|---|---|
| Dream Catcher Colorful Butterfly \| Diamond Painting - 20x25cm(7.9"x9.8") / Square Diamond | $19.99 USD |
| **Total** | **$19.99 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**022 alldiamondpainting.com**

**30 dollar shop**
6 April 2026 . Automatic Payment

**−$19.99 USD**

**Paid with**

[redacted] $19.99 USD
(VISA Prepaid Card
x-[redacted]
You'll see "PAYPAL *30DOLLARSHO 30D" on your card statement.

**Seller info**

30 dollar shop
**help@allpaintbynumbers.com**

**Invoice ID**

rBkFtNpLoaXDQ5LzOxFG9Upjs

**Ship to**

[redacted]
1111 W 35th St 15th floor
15th floor
Chicago, IL 60609
United States

**Shipment details**

**Click here to see shipment details**

**Order summary**

| | |
|---|---|
| Rainbow Giraffe & Zebra Diamond Painting - 20X25CM / Square Diamond Drill | $19.99 USD |
| **Total** | **$19.99 USD** |

**Transaction ID**

4L3741159U889684J

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be **eligible for purchase protection**

**023 powwow.store**

**Best of Native**
7 April 2026 . Payment

**−$29.95 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *BEST NATIVE BES" on your card statement.

$29.95 USD

on 6 April 2026

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

7C336309DU1678427

**Seller info**

Best of Native
**payment@bestofnative.com**

**Invoice ID**

rPuGwj59SqNdUDAJH5vqv
8j3N

**Order summary**

| | |
|---|---|
| Wolf Heart Bandana 3-Pack NEW - Bandana 3-Pack - Wolf Heart Bandana 3-Pack NEW | $29.95 USD |
| **Total** | **$29.95 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **4 October 2026**. You may be **eligible for purchase protection**

**024 paintbynumberdeals.com**

**CHINATERA LIMITED**
6 April 2026 . Payment

**−$26.88 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *CHINATERA CHINA" on your card statement.

$26.88 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

Click here to see shipment details

**Transaction ID**

5N155478C50413106

**Seller info**

CHINATERA LIMITED
+86 13724288098
service@arthool.com

**Invoice ID**

160541198679057731914

**Order summary**

| | |
|---|---|
| Wolf(40*50cm)-Painting By Numbers<br>Product ID: 872302.03 | $17.99 USD |
| Shipping | **$7.99 USD** |
| Tax | **$0.90 USD** |
| **Total** | **$26.88 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **3 October 2026**. You may be eligible for purchase protection

**025 yiefudrs4tmail.com**

# ORDER DETAILS

back

| Order NO. | Date |
|---|---|
| GSU1Y622B0018P9 Copy | MAY 06 2026 |

Exchange Cancel Track

**Yiefudrs4tmail.Com**

| Products | Quantity | SKU | Amount | Status | Action |
|---|---|---|---|---|---|
|  Running Wolves Holy Animals Tapestry Decoration Wall Hanging Lion Wolf Tiger Pattern Background... Multicolor / 40*30 Local | 1 | SKU: sh251112111202019995 | $18.46 ~~$35.30~~ | Processing | |

| | |
|---|---|
| Retail Price: | ~~$35.30~~ |
| Subtotal: | $16.75 |
| Shipping Fee: | $2.99 |
| On-Time Delivery Service: | $0.00 |
| Wallet Credit: | -$5.00 |
| Sales Tax: | $2.02 |
| **Total** | **$16.76** |

**Subscription**

Click "subscribe" to agree promotional messages from SHEIN via Whatsapp! You can unsubscribe at any point. View Privacy Policy for more details.

Subscribe

**Billing Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

Edit

**Shipping Method**

STANDARD SHIPPING

**Delivery: May 13-19**

4-8 business days.90% are ≤ 8 business days

**Payment Method**

Credit/Debit Card

**Seller Information**

Seller Name: yiefudrs4tmail.com

Business Address: Room 201, Entrance to Rongxi Center Parking Lot, No. 713 Ruibao Ruixiao Street, Ruibao Subdistrict, Haizhu District, Guangzhou City, Guangdong Province, China

Business Email Address: f54es63@163.com

The above information is provided by the seller and the English may be automatically translated.

SHEIN does not guarantee the authenticity and accuracy of the information or translations and is intended to be used as a reference for consumers only.

# ORDER DETAILS

‹ back

| Order NO. | Date |
|---|---|
| **GSU1Y622B0018P9** Copy | **MAY 06 2026** |

‹ mbine) Return | Review | Received | Track

Logistics Provider: GOFO

**Have been delivered** May 11 2026 23:48:55
Chicago, Delivered, Door/Yard. For Delivery Issues & Tracking Support, Contact GOFO at +1 949 688-6032 or cs@mail.gofo.com ›

**Yiefudrs4tmail.Com** ›

| Products | Quantity | SKU | Amount | Status | Action |
|---|---|---|---|---|---|
|  Running Wolves Holy Animals Tapestry Decoration Wall Hanging Lion Wolf Tiger Pattern Background... Multicolor / 40*30 Local | 1 | SKU: sh2511121112020l9995 | $18.46 ~~$35.30~~ | Shipped | |

Return Period: Returnable time: before Jun 11 2026 23:48:55

| | |
|---|---|
| Retail Price: | ~~$35.30~~ |
| Subtotal: | $16.75 |
| Shipping Fee: | $2.99 |
| On-Time Delivery Service: | $0.00 |
| Wallet Credit: | -$5.00 |
| Sales Tax: | $2.02 |
| **Total** | **$16.76** |

**Subscription**

Click "subscribe" to agree promotional messages from SHEIN via Whatsapp! You can unsubscribe at any point. View Privacy Policy for more details.

Subscribe

**Billing Information**

[redacted]5
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Information**

[redacted]5
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Method**

STANDARD SHIPPING

**Delivery: May 13-19**
4-8 business days.

**Payment Method**

Credit/Debit Card

**Seller Information**

Seller Name: yiefudrs4tmail.com
Business Address: Room 201, Entrance to Rongxi Center Parking Lot, No. 713 Ruibao Ruixiao Street, Ruibao Subdistrict, Haizhu District, Guangzhou City, Guangdong Province, China
Business Email Address: f54es63@163.com

For any order fulfillment or logistics issues, please contact SHEIN customer service at Here

The above information is provided by the seller and the English may be automatically translated.
SHEIN does not guarantee the authenticity and accuracy of the information or translations and is intended to be used as a reference for consumers only.

**026 ijzozsddol379**

**06 May 2026, 16:32:52**

# ORDER DETAILS

back

Order NO.
**GSU1Y622F0006Q0** Copy

Date
**MAY 06 2026**

Exchange | Cancel | Track

**Ijzozsddol379** ›

| Products | Quantity | SKU | Amount | Status | Action |
|---|---|---|---|---|---|
|  Running Wolves Holy Animals Decoration Wall Hanging Lion Wolf Tiger Pattern Background Wall Hom... White / 40x30inch Local | 1 | SKU: sh251114850283447754 | $12.86 ~~$24.50~~ | Processing | |

| | |
|---|---|
| Retail Price: | ~~$24.50~~ |
| Subtotal: | $11.66 |
| Shipping Fee: | $2.99 |
| On-Time Delivery Service: | $0.00 |
| Sales Tax: | $1.50 |
| **Total** | **$16.15** |

**Subscription**

Click "subscribe" to agree promotional messages from SHEIN via Whatsapp! You can unsubscribe at any point. View Privacy Policy for more details.

Subscribe

**Billing Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

Edit

**Shipping Method**

STANDARD SHIPPING

**Delivery: May 13-19**

4-8 business days.90% are ≤ 8 business days

**Payment Method**

Credit/Debit Card

**Seller Information**

Seller Name: ijzozsddol379

Business Address: Room 301, No. 119, Xiacuo Lane, Ji'an Road, Xiangping Street, Tong'an District, Xiamen City, Fujian Province, China

Business Email Address: dwbyaa158@163.com

The above information is provided by the seller and the English may be automatically translated.

SHEIN does not guarantee the authenticity and accuracy of the information or translations and is intended to be used as a reference for consumers only.

# ORDER DETAILS

back

| Order NO. | Date |
|---|---|
| **GSU1Y622F0006Q0** Copy | **MAY 06 2026** |

mbine) Return | Review | Received | Track

Logistics Provider: GOFO

**Have been delivered** May 11 2026 23:48:41
Chicago, Delivered, Door/Yard. For Delivery Issues & Tracking Support, Contact GOFO at +1 949 688-6032 or cs@mail.gofo.com

**Ijzozsddol379**

| Products | Quantity | SKU | Amount | Status | Action |
|---|---|---|---|---|---|
|  Running Wolves Holy Animals Decoration Wall Hanging Lion Wolf Tiger Pattern Background Wall Hom... White / 40x30inch Local | 1 | SKU: sh2511148502834477 54 | $12.86 ~~$24.50~~ | Shipped | |

Return Period: Returnable time: before Jun 11 2026 23:48:41

| | |
|---|---|
| Retail Price: | ~~$24.50~~ |
| Subtotal: | $11.66 |
| Shipping Fee: | $2.99 |
| On-Time Delivery Service: | $0.00 |
| Sales Tax: | $1.50 |
| **Total** | **$16.15** |

**Subscription**

Click "subscribe" to agree promotional messages from SHEIN via Whatsapp! You can unsubscribe at any point. View Privacy Policy for more details.

Subscribe

**Billing Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Method**

STANDARD SHIPPING
**Delivery: May 13-19**
4-8 business days.

**Payment Method**

Credit/Debit Card

**Seller Information**

Seller Name: ijzozsddol379
Business Address: Room 301, No. 119, Xiacuo Lane, Ji'an Road, Xiangping Street, Tong'an District, Xiamen City, Fujian Province, China
Business Email Address: dwbyaa158@163.com

For any order fulfillment or logistics issues, please contact SHEIN customer service at Here

The above information is provided by the seller and the English may be automatically translated.
SHEIN does not guarantee the authenticity and accuracy of the information or translations and is intended to be used as a reference for consumers only.