Exhibit 2

| ***Def Name*** | ***Title/Product Description*** | ***Infringing Evidence*** | ***CR Image*** | ***Date Collected*** |
|---|---|---|---|---|
| 001 Hamelyn | Woman Dresses Elegant Casual Dresses for WomenSleeveless Cool DatingCasual Dress Long Sleeve Casual Dresses Green Paperback |  | VA 2-357-138  | April 14, 2026 |
| 002 yozaogiuder | Dreamcatcher Pillow Case - Cool Dreamcatcher Wolf Rectangle Pillowcase 20x36 inch One Side |  | VA 2-393-505  | March 30, 2026 |
| 003 luvonnel | 1000 Pieces Jigsaw Puzzles for Adults Schnauzer Wooden Puzzle Decompression Toys Gift Family Landscape Decoration Challenging Puzzle Game Best Gifts for Dogs Lover |  | VA 2-392-878  | March 27, 2026 |
| 004 chuanyoushanmao | Jigsaw Puzzles 1000 Pieces Puzzles for Adults, Puzzle Adult, Unique Difficult and Challenge Large Puzzle Game Gift, Sea, Yacht |  | VA 2-357-132  | May 07, 2026 |

| ***Def Name*** | ***Title/Product Description*** | ***Infringing Evidence*** | ***CR Image*** | ***Date Collected*** |
|---|---|---|---|---|
| 005 huijie888 | Women's Cute 3D Cat Print Long Sleeve Sweatshirt Novelty Fun Pattern Loose Round Neck Animal Lover Shirt Top |  |   | February 23, 2026 |
| 006 MEDIEVAL HANDICRAFTS STORE | A Beautiful Eagle Eagle Hold USA Flag Large Funeral Urn for Your Loved Ones Remains with Bag |   |   | March 30, 2026 |
| 007 fashionystudio.com | Women's Butterfly Floral Print Loose Casual Jumpsuit |  |   | March 31, 2026 |
| 008 airpears.com | Women's Butterfly Floral Print Loose Casual Jumpsuit |  |   | March 31, 2026 |

| ***Def Name*** | ***Title/Product Description*** | ***Infringing Evidence*** | ***CR Image*** | ***Date Collected*** |
|---|---|---|---|---|
| 009 fashionsully.com | Women's Butterfly Floral Print Loose Casual Jumpsuit |  |  | March 31, 2026 |
| 010 exxid.com | Butterfly Art Painting Print Casual Jumpsuit |  |  | March 31, 2026 |
| 011 ubuntumini.com | Women's Butterfly Floral Print Loose Casual Jumpsuit |  |  | March 31, 2026 |
| 012 lilicloth.com | Casual Abstract Regular Fit Short Sleeve T-Shirt |  |  | March 31, 2026 |

| ***Def Name*** | ***Title/Product Description*** | ***Infringing Evidence*** | ***CR Image*** | ***Date Collected*** |
|---|---|---|---|---|
| 013 lulavibes.com | Watercolor Butterfly Art Printed Women's Linen Pocket Tunic Dress |  |   | March 31, 2026 |
| 014 freemagician.com | Butterfly Print Pocket Pinafore Linen Dress |  |   | March 31, 2026 |
| 015 paintbynumbershome.com | Stunning Cat with Floral Hat |  |   | February 04, 2026 |
| 016 allpaintbynumbers.art | Princess CAT with a Beautiful Hat Painting |  |   | February 05, 2026 |

| ***Def Name*** | ***Title/Product Description*** | ***Infringing Evidence*** | ***CR Image*** | ***Date Collected*** |
|---|---|---|---|---|
| 017 diamondpaintingkits.shop | 5d Cat Diamond Painting Kit Premium-69 |  |  | February 05, 2026 |
| 018 wolfantique.com | Native American Wolf Couple Dreamcatcher 3D All Over Print Hoodie And Sweatshirt |  |  | February 06, 2026 |
| 019 nativeheritagestore.com | Wolf Feather Cloak |  |  | February 06, 2026 |
| 020 charmingfavor.com | Wolves HM270872T Bedding Sets |  |  | February 05, 2026 |

| ***Def Name*** | ***Title/Product Description*** | ***Infringing Evidence*** | ***CR Image*** | ***Date Collected*** |
|---|---|---|---|---|
| 021 diamondpaintingpro.com | Dream Catcher Colorful Butterfly \| Diamond Painting |  |  | February 03, 2026 |
| 022 alldiamondpainting.com | Rainbow Giraffe & Zebra Diamond Painting |  |  | February 04, 2026 |
| 023 powwow.store | Wolf Heart Bandana 3-Pack NEW |  |  | February 06, 2026 |
| 024 paintbynumberdeals.com | Wolf(40*50cm)-Painting By Numbers |  |  | February 03, 2026 |

| ***Def Name*** | ***Title/Product Description*** | ***Infringing Evidence*** | ***CR Image*** | ***Date Collected*** |
|---|---|---|---|---|
| 025 yiefudrs4tmail.com | Running Wolves Holy Animals Tapestry Decoration Wall Hanging Lion Wolf Tiger Pattern Background Wall Tapestry Home Textile |  |  | April 16, 2026 |
| 026 ijzozsddol379 | Running Wolves Holy Animals Decoration Wall Hanging Lion Wolf Tiger Pattern Background Wall Home Textile |  |  | April 16, 2026 |