**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HEATHER PICQUELLE, | |
| Plaintiff, | Case No.: 1:26-cv-06014 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE “A”, | Magistrate Judge Young B. Kim |
| Defendants. | |

**DECLARATION OF HEATHER PICQUELLE**

I, Heather Picquelle, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the daughter of the late Carol Ann La Jeunesse who was professionally known as Carol Cavalaris. I inherited the ownership of my late mother’s artworks and I manage her legacy and business affairs. My mother is the artist that created all the Carol Cavalaris Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. My mother was an artist that had a passion for painting wildlife and nature. She saw the uniqueness in every living being as a momentary gift to be treasured. This need to capture the life force, to enhance and celebrate it, and even to give it life long after it has faded, gave meaning to her work. It was my mother’s passion to bring healing joy and beauty to others. My mother’s work has been exhibited in numerous galleries and private

collections all over the world. Her work is also licensed and on various products including t-shirts, puzzles, greeting cards, and many other items.

4. I am the official source of products associated with the Carol Cavalaris Works (the "Carol Cavalaris Products"):




https://carol-cavalaris.pixels.com/

5. I am the owner of the copyright registrations for the Carol Cavalaris copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-357-138; VA 2-393-505; VA 2-392-878; VA 2-357-132; VA 2-357-173; VA 2-346-054; VA 1-899-016; VA 2-346-712; VA 2-391-971; VA 2-391-906; VA 2-391-915; VA 2-345-725; and

VA 2-393-537 (the "Carol Cavalaris Works"). True and correct copies of the copyright registrations for the Carol Cavalaris Works are attached hereto as **Exhibit 1**.

6. I control the quality of all materials and content that feature the distinctive Carol Cavalaris Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Carol Cavalaris Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with my mother's name

8. The success of the Carol Cavalaris Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Carol Cavalaris Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Carol Cavalaris Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Carol Cavalaris Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Carol Cavalaris Products were being offered for sale to the United States, including Illinois. The Defendants and their

websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Carol Cavalaris Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Carol Cavalaris copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Carol Cavalaris Works and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Carol Cavalaris Works are meant to be exclusive rights.

13. The marketing and distribution of the Carol Cavalaris Works and derivative works are aimed at growing and sustaining sales. When infringers use the Carol Cavalaris Works without authorization, the exclusivity associated with the Carol Cavalaris Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Carol Cavalaris Works create the impression that the copyright rights associated with the Carol Cavalaris Works may be infringed with impunity. The Carol Cavalaris Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality

standards. When infringers use the Carol Cavalaris Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Carol Cavalaris Works cannot be compensated for financially since it erodes my ability to monetize the Carol Cavalaris Works.

15. I will suffer immediate and irreparable injury, loss, or damage if preliminary injunctive relief is not issued.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2026.

Heather Picquelle

____________________________

Heather Picquelle