Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-357-138**
**Effective Date of Registration:**
June 13, 2023
**Registration Decision Date:**
August 07, 2023

## Title

**Title of Work:** Butterfly Bloomies

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 13, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Carol Ann LaJeunesse
  **Pseudonym:** Carol Cavalaris
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1937
  **Year Died:** 2020
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Heather Picquelle
2027 Orange Avenue #B1, Costa Mesa, CA, 92627, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** MHS Licensing & Consulting
**Name:** Marty Segelbaum
**Email:** marty@mhslicensing.com

**Telephone:** (952)544-1377
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

**Name:** Brent Yonehara
**Date:** June 13, 2023
**Applicant's Tracking Number:** 0080248.02/CC-3200-01a


Butterfly
Carol

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-393-505**

**Effective Date of Registration:**
February 22, 2024
**Registration Decision Date:**
May 08, 2024

## Title

**Title of Work:** Wolf-Dreams Of Peace

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** July 09, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Carol Ann LaJeunesse
  **Pseudonym:** Carol Cavalaris
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1937
  **Year Died:** 2020
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Heather Picquelle
2027 Orange Avenue #B1, Costa Mesa, CA, 92627, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** Marty Segelbaum
**Email:** marty@mhslicensing.com
**Address:** 111 3rd Avenue South


Wolf- Dreams Of Peace
Carol Cavalaris

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-392-878**

**Effective Date of Registration:**
February 22, 2024
**Registration Decision Date:**
May 02, 2024

## Title

**Title of Work:** Doves - Dreams Of Peace

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** January 06, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Carol Ann LaJeunesse
  **Pseudonym:** Carol Cavalaris
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1937
  **Year Died:** 2020
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Heather Picquelle
2027 Orange Avenue #B1, Costa Mesa, CA, 92627, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** Marty Segelbaum
**Email:** marty@mhslicensing.com
**Address:** 111 3rd Avenue South


Dreams Of Peace
Carol Cavalaris

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-357-132**
**Effective Date of Registration:**
June 12, 2023
**Registration Decision Date:**
August 07, 2023

## Title

**Title of Work:** Night Bandits

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** April 07, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Carol Ann LaJeunesse
  **Pseudonym:** Carol Cavalaris
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1937
  **Year Died:** 2020
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Heather Picquelle
2027 Orange Avenue #B1, Costa Mesa, CA, 92627, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** MHS Licensing & Consulting
**Name:** Marty Segelbaum
**Email:** marty@mhslicensing.com

**Telephone:** (952)544-1377
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

**Name:** Brent Yonehara
**Date:** June 12, 2023
**Applicant's Tracking Number:** 0080230.01/CC-0909


Night Bandits
Carol Cavalaris ©

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-357-173**
**Effective Date of Registration:**
June 12, 2023
**Registration Decision Date:**
August 07, 2023

## Title

**Title of Work:** Ragdoll & Hummingbirds

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 09, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Carol Ann LaJeunesse
  **Pseudonym:** Carol Cavalaris
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1937
  **Year Died:** 2020
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Heather Picquelle
2027 Orange Avenue #B1, Costa Mesa, CA, 92627, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** MHS Licensing & Consulting
**Name:** Marty Segelbaum
**Email:** marty@mhslicensing.com

**Telephone:** (952)544-1377
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

**Name:** Brent Yonehara
**Date:** June 12, 2023
**Applicant's Tracking Number:** 0080235.01/CC-1530-02


Ragdoll & Hummingbirds
Carol Cavalaris

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-346-054**
**Effective Date of Registration:**
April 03, 2023
**Registration Decision Date:**
May 09, 2023

## Title

**Title of Work:** Spirit Eagle

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 10, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Carol Ann La Jeunesse
  **Pseudonym:** Carol Cavalaris
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1937
  **Year Died:** 2020
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Heather Picquelle
2027 Orange Avenue #B1, Costa Mesa, CA, 92627, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** MHS Licensing & Consulting
**Name:** Marty Segelbaum
**Email:** marty@mhslicensing.com


Spirit Eagle
Carol Cavalaris

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

VA 1-899-016

**Effective date of registration:**

December 12, 2013

## Title

**Title of Work:** Cats In Fancy Hats

**Contents Titles:** Cat In Dreaming Hat

Cat In Easter Lilac Hat

Cat In Mad Hatter Hat

Cat In Yellow Easter Hat

Cat In Fancy Witch Hat 1

Cat In Fancy Witch Hat 2

Cat In Fancy Witch Hat 3

Cat In Fancy Witch Hat 4

Cat In Goth Witch Hat

Cat In Halloween Cupcake Hat

Cat In Patriotic Hat

Cat In Red Hat

Cat In Safari Hat

Cat In Tropical Dreams Hat

Cat In Summer Beach Hat

Cat In Blarney Garden Hat

Cat In Irish Jig Hat

Cat In Valentine Candy Hat

Cat In Valentine Steampunk Hat

Cat In Bridal Hat

Cat In Leopard Trim Hat

Cat In Xmas Cookie Hat

Cat In Long Santa Hat

Cat In Snowflake Hat

Cat In Victorian Hat

Cat In Xmas Tree Hat

Cat In Shamrock Hat

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Carol Cavalaris

**Pseudonym:** Carol Cavalaris

**Author Created:** 2-D artwork

**Citizen of:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Carol Cavalaris

57 Timber Road, Black Hawk, CO, 80422, United States

## Rights and Permissions

**Organization Name:** Innerworld Publishing

**Name:** Carol Cavalaris

**Email:** carolcavalaris@hotmail.com

**Address:** PO Box 564

Black Hawk, CO 80422 United States

## Certification

**Name:** Carol Cavalaris

**Date:** December 12, 2013


Cat In Easter Lilac Hat
Carol Cavalaris

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-346-712**

**Effective Date of Registration:**
April 04, 2023

**Registration Decision Date:**
May 12, 2023

## Title

**Title of Work:** Two Wolves Together

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 18, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Carol Ann La Jeunesse
  **Pseudonym:** Carol Cavalaris
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1937
  **Year Died:** 2020
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Heather Picquelle
2027 Orange Avenue #B1, Costa Mesa, CA, 92627, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** MHS Licensing & Consulting
**Name:** Marty Segelbaum
**Email:** marty@mhslicensing.com

**Telephone:** (952)544-1377
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

**Name:** Brent Yonehara
**Date:** April 04, 2023
**Applicant's Tracking Number:** 0080216.00


Two Wolves Together
Carol Cavalaris

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-391-971**
**Effective Date of Registration:**
February 22, 2024
**Registration Decision Date:**
April 24, 2024

## Title

**Title of Work:** Heart Of A Wolf

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** July 14, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Carol Ann LaJeunesse
  **Pseudonym:** Carol Cavalaris
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1937
  **Year Died:** 2020
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Heather Picquelle
2027 Orange Avenue #B1, Costa Mesa, CA, 92627, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** Marty Segelbaum
**Email:** marty@mhslicensing.com
**Address:** 111 3rd Avenue South


Heart Of A Wolf
Carol Cavalaris

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-391-906**

**Effective Date of Registration:**
February 22, 2024
**Registration Decision Date:**
April 24, 2024

## Title

**Title of Work:** Rainbow Dreams

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** October 13, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Carol Ann LaJeunesse
  **Pseudonym:** Carol Cavalaris
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1937
  **Year Died:** 2020
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Heather Picquelle
2027 Orange Avenue #B1, Costa Mesa, CA, 92627, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** Marty Segelbaum
**Email:** marty@mhslicensing.com
**Address:** 111 3rd Avenue South


Rainbow Dreams
Carol Cavalaris

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-391-915**
**Effective Date of Registration:**
February 22, 2024
**Registration Decision Date:**
April 24, 2024

## Title

**Title of Work:** Rainbow Giraffe And Zebra

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** October 06, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Carol Ann LaJeunesse
  **Pseudonym:** Carol Cavalaris
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1937
  **Year Died:** 2020
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Heather Picquelle
2027 Orange Avenue #B1, Costa Mesa, CA, 92627, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** Marty Segelbaum
**Email:** marty@mhslicensing.com
**Address:** 111 3rd Avenue South


Rainbow Giraffe & Zebra
Carol Cavalaris

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-345-725**

**Effective Date of Registration:**
April 05, 2023

**Registration Decision Date:**
May 08, 2023

## Title

**Title of Work:** White Wolf Black Wolf

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 15, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Carol Ann La Jeunesse
  **Pseudonym:** Carol Cavalaris
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1937
  **Year Died:** 2020
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Heather Picquelle
2027 Orange Avenue #B1, Costa Mesa, CA, 92627, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** MHS Licensing & Consulting
**Name:** Marty Segelbaum
**Email:** marty@mhslicensing.com

**Telephone:** (952)544-1377
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

**Name:** Brent Yonehara
**Date:** April 05, 2023
**Applicant's Tracking Number:** 0080217.00


WhiteWolf BlackWolf
Carol Cavalaris

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-393-537**

**Effective Date of Registration:**
February 22, 2024
**Registration Decision Date:**
May 08, 2024

## Title

**Title of Work:** Wolf Spirits

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** January 25, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Carol Ann LaJeunesse
  **Pseudonym:** Carol Cavalaris
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1937
  **Year Died:** 2020
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Heather Picquelle
2027 Orange Avenue #B1, Costa Mesa, CA, 92627, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** Marty Segelbaum
**Email:** marty@mhslicensing.com
**Address:** 111 3rd Avenue South

