**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HEATHER PICQUELLE,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-06014

Judge John J. Tharp, Jr.

Magistrate Judge Young B. Kim

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Motion and Memorandum in Support for Entry of a Preliminary Injunction [23][24] was sent to Defendant(s) on November 9, 2026 by sending an email to Defendant(s) email addresses, which were provided to Plaintiff by third parties. The Court's Minute Entry Order [26] was sent to Defendant(s) on November 11, 2026 by sending an email to Defendant(s) email addresses, which were provided to Plaintiff by third parties. The website, through which it has been publishing information about the case, was updated on November 9 and November 11, respectively, to provide notice of its motion for entry of a preliminary injunction [23][24], as well as the deadline to object set forth in the Order [26].

Executed on November 11, 2026.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.
*Attorney for Plaintiff*

DATED: November 11, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Ste. 306
North Miami Beach, Florida 33162-4801
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***